UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MAKE-A-WISH FOUNDATION OF RHODE ISLAND, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MAKE-A-WISH FOUNDATION OF AMERICA,<br><br>Defendant. | CA 08 206S<br><br>CIVIL ACTION NO. |

**NOTICE OF REMOVAL**

To: The Honorable Judges of the United States District Court for the District of Rhode Island

The Notice of defendant Make-A-Wish Foundation of America ("MAWFA") respectfully shows:

1. MAWFA is named as the defendant in a civil action filed by Make-A-Wish Foundation of Rhode Island, Inc. (the "Rhode Island Chapter") on May 19, 2008, in the Superior Court for the County of Providence, Rhode Island, at Case No. 08-3592.

2. The Rhode Island Chapter sent copies of the complaint[1] to MAWFA on May 19, 2008, by facsimile and by e-mail, true and correct copies of which are attached hereto as Exhibit 1 and Exhibit 2, respectively. Appended as "Exhibit A" to both the faxed and e-mailed copies of

[1] MAWFA did not receive any summons, nor did it receive a written notice and request for waiver of service of process. *See* R.I. R. Civ. P. 4.

the complaint received by MAWFA are incomplete copies of the Chapter Agreement between the parties.

3. The Rhode Island Chapter also included a "Motion for Temporary Restraining Order Permanent Injunction" with the copy of the complaint sent by e-mail on May 19, 2008, a true and correct copy of which is attached hereto as Exhibit 3.

4. On May 20, 2008, the Superior Court (Savage, J.) issued, ex parte, an Order, a true and correct copy of which is attached hereto as Exhibit 4, that defendant "refrain from taking any measures to revoke, consolidate, merge or assume ultimate control over the Rhode Island Chapter."

5. The above-described action is one in which this Court has jurisdiction pursuant to 28 U.S.C. § 1332, and is removable under the provisions of 28 U.S.C. § 1441(a), because the citizenship of the parties is diverse and the amount in controversy exceeds $75,000.

6. Diversity of citizenship is demonstrated on the face of the complaint, which identifies plaintiff Rhode Island Chapter as "a not-for-profit charitable organization registered and doing business in the State of Rhode Island, with a principal office located in Cranston, Rhode Island." Complaint ¶ 1. By way of contrast, defendant MAWFA is an Arizona nonprofit corporation "registered and doing business in the State of Arizona," with its principal place of business in Phoenix, Arizona. *See* Complaint ¶ 2.

7. The amount in controversy exceeds $75,000 because, as alleged in the complaint, "[t]he Rhode Island Chapter has assets well in excess of $200,000," the disposition of which will depend on whether the relief requested in the Complaint is granted. *See* Complaint ¶¶ 9 and 14.

8. According to the complaint, following a hearing on May 15, 2008, MAWFA's Executive Committee "determined to 'revoke' the Rhode Island Chapter's 'charter.'" *Id.*, ¶¶ 3, 4. Upon revocation, the Chapter Agreement provides, *inter alia*, that the Chapter shall transfer its assets to MAWFA as directed by MAWFA's Chapter Performance Committee. *See* Chapter Agreement § 14.2(f) (attached to complaint as Exhibit A).

9. In its complaint, the Rhode Island Chapter seeks arbitral review of the Executive Committee's revocation decision.[2] *See* Complaint ¶¶ 6, 7, 10, 14. Because the dispute plaintiff seeks to arbitrate would determine whether or not assets in excess of $200,000 are transferred to MAWFA, removal is appropriate. *See, e.g.*, 14C Wright and Miller, Federal Practice and Procedure § 3725 n.3.3, *citing Sirotzky v. N.Y. Stock Exch.*, 347 F.3d 985 (7th Cir. 2003) ("amount in controversy … is the amount put at stake in the arbitration").

10. Further, the complaint seeks to "enjoin the Defendant from engaging in any efforts to revoke the Rhode Island Chapter; to claim any funds that have been raised by the Rhode Island Chapter; … or undertake any efforts to revoke, dissolve, merge or assume control of the Rhode Island Chapter." Complaint, p. 3. "It is well-settled that in an action for injunctive … relief 'the amount in controversy is measured by the value of the object of the litigation.'" *Grotzke v. Kurz*, 887 F. Supp. 53, 55 (D.R.I. 1995), *quoting Hunt v. Washington State Apple Adver. Comm'n*, 432 U.S. 333, 347 (1977). *See also Ferris v. General Dynamics Corp.*, 645 F. Supp. 1354, 1362 (D.R.I. 1986) (Selya, J.) (where injunctive relief is sought, "the 'amount in controversy' has historically been calculated by assessing the value to the plaintiffs of conducting their affairs free from the restriction or imposition which they seek to restrain"), *citing Hunt,* 432 U.S. at 347 and *Glenwood Light & Water Co. v. Mutual Light, Heat & Power Co.,* 239 U.S. 121, 125 (1915). Thus, for this reason too, the amount in controversy exceeds $75,000.

WHEREFORE, defendant Make-A-Wish Foundation of America hereby removes the above-referenced action now pending in the Superior Court for the County of Providence, Rhode Island, therefrom to this Court.

---

[2] MAWFA contends that, under the plain terms of the Chapter Agreement, the Executive Committee's decision is "final and unappealable" and is not subject to arbitral review because it involves "chapter discipline." *See* Chapter Agreement §§ 17.3 and 21.3.

**MAKE-A-WISH FOUNDATION OF AMERICA**

By its attorneys,

Carol E. Head (#6501)
carol.head@bingham.com
**BINGHAM MCCUTCHEN LLP**
One Federal Street
Boston, MA 02110
617.951.8000

Robert E. McDonnell*
robert.mcdonnell@bingham.com
**BINGHAM MCCUTCHEN LLP**
One Federal Street
Boston, MA 02110
617.951.8000
**application for pro hac vice admission pending*

*Of Counsel:*
David B. Mulvihill, Esq.
Vice President & General Counsel
Make-A-Wish Foundation of America
3550 North Central Avenue, Suite 300
Phoenix, AZ 85012-2127
Phone: 602.279.9474

Dated: May 28, 2008

**CERTIFICATE OF SERVICE**

I, Carol E. Head, hereby certify that on this 28th day of May, 2008, I caused the foregoing document to be served by hand upon:

Todd D. White, Esq.
Victoria M. Almeida, Esq.
E. Hans Lundsten, Esq.
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

State of Rhode Island
Patrick C. Lynch, Esq.
Office of the Attorney General
150 South Main Street
Providence, RI 02903

Carol E. Head (#6501)
**BINGHAM MCCUTCHEN LLP**
One Federal Street
Boston, MA 02110
617.951.8000



A/72546181.2