STATE OF RHODE ISLAND SUPERIOR COURT
Providence, S.C.

Make-A-Wish Foundation of Rhode Island, Inc. :
Plaintiff, :
v. : C.A. No.
Make-A-Wish Foundation of America, Inc. :
Defendant :

**PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER PERMANENT INJUNCTION**

Now comes the Make-A-Wish Foundation of Rhode Island, Inc. (the "Rhode Island Chapter") and hereby seeks a Restraining Order and Permanent Injunction against the Defendant, Make-A-Wish Foundation of America, Inc. ("MAWFA").

As result of Executive Committee teleconference hearing on May 15, 2008, the MAWFA concluded that it will "revoke" the Rhode Island Chapter's "Charter". However, the contract between the Rhode Island Chapter and MAWFA expressly states that any dispute between two entities are to be resolved through AAA Arbitration pursuant to Section 21 (see attached Exhibit A.)

The MAWFA has indicated that it will commence winding down and dissolution proceedings as early as Tuesday, May 20, 2008. Therefore the Plaintiff is in jeopardy of suffering irreparable harm. The Court need only issue a Temporary Restraining Order and Permanent Injunction preventing MAWFA from commencing any action to revoke the Rhode Island Chapters or to lay claim to any of the funds accumulated by the Rhode Island Chapter

until such time as a full and complete AAA hearing has been held as indicated in the Chapter Agreement.

The Rhode Island Chapter has a strong likelihood of success on the merits at an impartial AAA hearing. The reason for the Chapter's revocation appears to be based on the manner in which the Chapter filled out an IRS Form 990's. However, the Internal Revenue Service has not raised an issue with the way the forms were filled out and the Rhode Island Chapter sought and relied on the advice of accounting professionals and even a representative of the MAWFA prior to filing the forms in question.

If an injunction is not issued, the Rhode Island Chapter will suffer irreparable injury. The funds raised for the children of Rhode Island, by benefactors living in Rhode Island, will not necessarily be used for its intended purpose.

The balance of the equities favors enjoining the MAWFA from eliminating the Chapter and its charitable purpose at this juncture. If a full and complete hearing is undertaken by AAA and a decision is rendered that takes into account all of the evidence presented, then the Chapter will abide by such decision. However, due process requires that there is an impartial evidentiary hearing in which all pertinent testimony and documentation can be disclosed.

The public interest will also be served by promoting the contractual obligations of both parties. The funds that have been raised by the Rhode Island Chapter are charitable funds used for the children of Rhode Island who are seriously ill and have a life-altering wish request.

Finally, because the Rhode Island Chapter has assets in excess of $200,000, under R.I.G.L. §18-9-1 et seq. the Court must consent to termination. Moreover, pursuant to R.I.G.L. §18-9-5 notice has to be given to the Attorney General, who has oversight responsibility for in-State charitable organizations, before revocation can occur.

Wherefore, the Plaintiff respectfully requests this court enter an immediate Temporary Restraining Order and Permanent Injunction requiring the MAWFA to engage in arbitration of the issue of revocation as is required under the Agreement.

For the Plaintiff
By its counsel

Todd D. White

TODD D. WHITE #5943
VICTORIA M. ALMEIDA #1755
E. HANS LUNDSTEN #1156
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
T: (401) 274-7200
F: (401) 351-4607
Dated: May 19, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the within was served via email and facsimile to the following individual on this 19th day of May 2008.

David Mulvihill, Esq.
Make-A-Wish Foundation of America, Inc.
3550 North Central Avenue
Suite 300
Phoenix, Arizona 85012-2127

State of Rhode Island
Patrick C. Lynch, Esq.
Office of the Attorney General
150 South Main Street
Providence, RI 02903

_______________________________

*454879_1*