STATE OF RHODE ISLAND
PROVIDENCE, S.C.

SUPERIOR COURT

| | | |
|---|---|---|
| Make-A-Wish Foundation of Rhode Island, Inc. Plaintiff, | : | |
| v. | : | C.A. No. 08-3592 |
| Make-A-Wish Foundation of America, Inc. Defendant | : | |

# ORDER

On Monday, May 19, 2008, Plaintiff came to this Court seeking a Stay with regard to any revocation activity on the part of the Defendant Make-A-Wish Foundation of America, Inc. Counsel for Plaintiff represented that counsel for Defendant, David Mulvihill, Esq. consented to ensure that there would be no attempt to enter the premises of the office of Make-A-Wish Foundation of Rhode Island until the Court had a hearing on the merits for Injunctive Relief.

A hearing having been set for May 29, 2008 at 2:00 p.m., in the interim, this Court orders Defendant to refrain from taking any measures to revoke, consolidate, merge or assume ultimate control over the Rhode Island Chapter.

ENTERED as an Order of this Court on this 20th day of May, 2008.

PER ORDER:

Judge Judith Savage
5.20.08

ENTER:

Deputy Janet Dorr
Clerk

SUPERIOR COURT
FILED
CLERK

2008 MAY 20 A 11:24

PRESENTED BY:

[signature]
Todd D. White, Esq.
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
(401) 274-7200
Fax: (401) 751-0604

*454972_1*