UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

MAKE-A-WISH FOUNDATION OF RHODE ISLAND, INC.,

Plaintiff,

v.

MAKE-A-WISH FOUNDATION OF AMERICA,

Defendant.

CA 08 206 S

CIVIL ACTION NO.

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant makes its corporate disclosure:

Make-A-Wish Foundation of America is a non-profit corporation that has no parent corporation and does not issue any publicly-traded stock.

**MAKE-A-WISH FOUNDATION OF AMERICA,**

By its attorneys,

Carol E. Head (#6501)
carol.head@bingham.com
Robert E. McDonnell*
robert.mcdonnell@bingham.com
**BINGHAM MCCUTCHEN LLP**
One Federal Street
Boston, MA 02110
617.951.8000
**application for pro hac vice admission pending*

*Of Counsel:*
David B. Mulvihill, Esq.
Vice President & General Counsel
Make-A-Wish Foundation of America
3550 North Central Avenue, Suite 300
Phoenix, AZ 85012-2127

Dated: May 28, 2008

**CERTIFICATE OF SERVICE**

I, Carol E. Head, hereby certify that on this 28th day of May, 2008, I caused the foregoing document to be served by hand upon:

Todd D. White, Esq.
Victoria M. Almeida, Esq.
E. Hans Lundsten, Esq.
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

State of Rhode Island
Patrick C. Lynch, Esq.
Office of the Attorney General
150 South Main Street
Providence, RI 02903

Carol E. Head (#6501)
**BINGHAM MCCUTCHEN LLP**
One Federal Street
Boston, MA 02110
617.951.8000



A/72546150.1