Case 1:08-cv-00206-S-LDA Document 3 Filed 05/28/2008 Page 1 of 1

(Effective 3/17/2008)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

Make-A-Wish Foundation of Rhode Island, Inc.
Plaintiff(s)

v.

CA 08 206 S
Dkt. No.

Make-A-Wish Foundation of America
Defendant(s)

**MOTION FOR ADMISSION PRO HAC VICE**

~~Plaintiff~~ Defendant Make-A-Wish Foundation of America hereby moves that Robert E. McDonnell be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

[signature]
Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

[signature]
Signature of Local Counsel

Carol E. Head
Print Name

Bingham McCutchen LLP
Firm and Business Address

One Federal Street

Boston, MA 02110

RI Bar ID # 6501

Email: carol.head@bingham.com

Tel. # 617-951-8049

Fax # 617-951-8736

**ORDER**

This motion is hereby ✓ GRANTED ____ DENIED

[signature]
District Judge

5/29/08
Date