# STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
## SUPERIOR COURT
## CIVIL DOCKET SHEET

Case ID: PC-2008-3592 MAKE A WISH OF RI V MAKE A WISH AMERICA

Filing Date: 05-19-2008
Case Status: CLOSED DURING DISCOVERY
Case Type: INJUNCTIVE RELIEF
Status Date: 05-28-2008

Plaintiff: MAKE A WISH FOUNDATION OF RHODE ISLA
ID: @11016739

Attorney: EVERETT LUNDSTEN
Attorney: VICTORIA ALMEIDA
Attorney: TODD WHITE

Defendant: MAKE A WISH FOUNDATION OF AMERICA
ID: @11016740

### Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|
| 05-29-2008 | PRELIMINARY INJUNCTION | P CRT15 | SAVAGE |

### Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

### Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

### Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 05-19-2008 | MOT FOR TEMP RESTRAIN ORDER | NO HEARING DATE ON DOCUMENT<br>Affiliated: MAKE A WISH FOUNDATION OF RHODE ISLAND |
| 05-19-2008 | COMPLAINT FILED | |
| 05-19-2008 | INITIAL FILING FEE | |
| 05-19-2008 | Payment Applied | A Payment of -$160.00 was made on receipt SCP273731. |
| 05-28-2008 | NOTICE OF REMOVAL | Affiliated: MAKE A WISH FOUNDATION OF AMERICA |
| 05-28-2008 | CASE REMVD TO US DISTRICT CT | US DISTRICT COURT # CA 08 206<br>Affiliated: MAKE A WISH FOUNDATION OF AMERICA |
| 05-28-2008 | OTH DOC FILED DURING DISCOV | |

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island