STATE OF RHODE ISLAND
Providence, S.C.

SUPERIOR COURT

| | |
|---|---|
| Make-A-Wish Foundation of Rhode Island, Inc. Plaintiff, v. Make-A-Wish Foundation of America, Inc. Defendant | C.A. No. 08 3592 |

## COMPLAINT

1. Plaintiff, Make-A-Wish Foundation of Rhode Island, Inc. (the "Rhode Island Chapter") is a not-for-profit charitable organization registered and doing business in the State of Rhode Island, with a principal office located in Cranston, Rhode Island.

2. Defendant, Make-A-Wish Foundation of America, Inc. ("MAWFA") is a not-for-profit charitable organization registered and doing business in the State of Arizona, with a principal office located in Phoenix, Arizona.

3. Defendant held a teleconference hearing on May 15, 2008, before its Executive Committee and representatives from the Rhode Island Chapter.

4. At the conclusion of this hearing, the Executive Committee determined to "revoke" the Rhode Island Chapter's "charter".

5. Plaintiff and Defendant have certain contractual obligations as enumerated in a "Chapter Agreement", a copy of which is attached as Exhibit A.

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island
FILED
2008 MAY 19 P 3: 13

6. Pursuant to the Chapter Agreement any dispute between the Plaintiff and Defendant must be brought forward in accordance with the rules and procedures of the American Arbitration Association.

7. Notwithstanding this provision in Plaintiff's claim to arbitration, Defendant has apprised Plaintiff that it will commence the revocation procedures against Plaintiff as early as Tuesday, May 20, 2008.

8. Pursuant to R.I.G.L. §18-9-1 et seq. and §38-2-1 et seq. the termination of a "charitable trust" as that term is defined in R.I.G.L. §§18-9-4 and 38-2-1 with assets in excess of $200,000 must be done with the consent of the Court.

9. The Rhode Island Chapter has assets well in excess of $200,000.

10. Pursuant to the Chapter Agreement, Section 21 and 21.1, Plaintiff requests it be accorded its right under Sections 21, 21.1, 21.2 and 21.3 of the Chapter Agreement, and arbitration proceedings commence pursuant to the rules and procedures of the American Arbitration Association.

**Count One – Breach of Contract**

11. The Plaintiff re-alleges paragraphs 1 through 10 as fully set forth herein.

12. By failing to agree to follow the dictates of the AAA arbitration clause enumerated in Sections 1 et seq. of the Chapter Agreement, the Defendant has breached its agreement with the Chapter.

13. By failing to seek the Courts consent before forcing Plaintiff's termination the Defendant has or will be in breach of Rhode Island Law

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

14. The Plaintiff is concerned that the Defendant will immediately attempt to assume control of the assets and management of the Chapter, effectively revoking the Chapter's existence and undermining its charitable work.

15. As a result of this breach agreement, the Chapter is in danger of eminent harm in its efforts to sustain its mission and raise funds for wish recipients.

Wherefore, the Plaintiff respectfully requests this Court Order the Defendants to undertake AAA arbitration and request this Court enjoin the Defendant from engaging in any efforts to revoke the Rhode Island Chapter; to claim any of the funds that have been raised by the Rhode Island Chapter; to prevent the Rhode Island Chapter from defending its position or retaining counsel by which to assert a defense, or undertake any efforts to revoke, dissolve, merge or assume control of the Rhode Island Chapter.

For the Plaintiff's
By its counsel

TODD D. WHITE #5943
VICTORIA M. ALMEIDA #1755
E. HANS LUNDSTEN #1156
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
T: (401) 274-7200
F: (401) 351-4607
Dated: May 19, 2008

454873_1

True Copy Attest
Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the within was served via email and facsimile to the following individual on this 19th day of May 2008.

David Mulvihill, Esq.
Make-A-Wish Foundation of America, Inc.
3550 North Central Avenue
Suite 300
Phoenix, Arizona 85012-2127

State of Rhode Island
Patrick C. Lynch, Esq.
Office of the Attorney General
150 South Main Street
Providence, RI 02903

*454873_1*

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

rue Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island