UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MAKE-A-WISH FOUNDATION OF RHODE ISLAND, INC.,<br>Plaintiff,<br>v.<br>MAKE-A-WISH FOUNDATION OF AMERICA,<br>Defendant. | CIVIL ACTION<br>NO. 1:08-cv-206-S |

**MOTION TO LIFT TEMPORARY STAY BY DEFENDANT MAKE-A-WISH FOUNDATION OF AMERICA**

Defendant Make-A-Wish Foundation of America ("MAWFA") respectfully moves the Court to lift the Temporary Stay, entered on May 20, 2008 in the Providence County Superior Court, and deny plaintiff's motion for preliminary injunction because plaintiff cannot satisfy the requirements for injunctive relief: (1) that without an injunction it will suffer irreparable injury; (2) that it is likely to prevail on the merits; (3) that the balance of hardships tips in its favor; and (4) that the injunction will not adversely affect the public interest.

As grounds for this motion, MAWFA relies on its accompanying Memorandum of Law in Support of its Motion to Lift Temporary Stay and the Declaration of David B. Mulvihill, Esq. MAWFA also submits its Memorandum of Law in opposition to plaintiff's Motion for Preliminary Injunction.

**REQUEST FOR ORAL ARGUMENT**

Because oral argument may assist the Court in determining the issues presented in the accompanying Memorandum of Law, and MAWFA wishes to be heard on this matter, defendant hereby requests oral argument.

WHEREFORE, defendant Make-A-Wish Foundation of America respectfully requests that this Court lift the temporary stay issued on May 20, 2008 by the Providence County Superior Court and deny plaintiff's motion for a preliminary injunction.

Respectfully submitted,

**MAKE-A-WISH FOUNDATION OF AMERICA**

By its attorneys,

/s/*Carol E. Head*
Carol E. Head (#6501)
carol.head@bingham.com
Robert E. McDonnell*
robert.mcdonnell@bingham.com
**BINGHAM MCCUTCHEN LLP**
1 Federal Street
Boston, MA 02110
617.951.8000
**admitted pro hac vice*

*Of Counsel:*
David B. Mulvihill, Esq.
Vice President & General Counsel
Make-A-Wish Foundation of America
3550 North Central Avenue, Suite 300
Phoenix, AZ 85012-2127
Phone: 602.279.9474

Dated: May 30, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that this document has been filed electronically and is available for viewing and downloading from the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, paper copies will be sent to those indicated as non-registered participants, and a courtesy copy will be sent to the Rhode Island Attorney General's Office, on May 30, 2008.

/s/*Carol E. Head*

Carol E. Head (#6501)
**BINGHAM MCCUTCHEN LLP**
One Federal Street
Boston, MA 02110
617.951.8000