# EXHIBIT A


MAKE·A·WISH.
Total Number of Wishes
Granted in the United States
FY 1985 to FY 2007
14,000
12,000
10,000
8,000
6,000
4,000
2,000
0
FY85 FY86 FY87 FY88 FY89 FY90 FY91 FY92 FY93 FY94 FY95 FY96 FY97 FY98 FY99 FY00 FY01 FY02 FY03 FY04 FY05 FY06 FY07
850
1,201
1,487
2,239
2,796
3,487
3,998
4,713
5,078
5,402
5,807
6,490
7,041
7,468
8,188
9,149
10,393
11,107
11,674
12,550
13,006

Exhibit A