# EXHIBIT D

MAKE-A-WISH®

# GOVERNING POLICIES, PERFORMANCE STANDARDS AND GUIDELINES

*(Revised March 2008)*

Make-A-Wish Foundation® of America
3550 North Central Avenue, Suite 300
Phoenix, AZ 85012-2127
Phone: (800) 722-9474
Fax: (602) 279-0855

© Make-A-Wish Foundation® of America 2005, 2008

Page

# TABLE OF CONTENTS

PREFACE .................... 1

## GOVERNING POLICIES

Governance and Legal.................... 1

Wish Granting.................... 1

Audit and Finance.................... 1

Fundraising and Communications.................... 1

## PERFORMANCE STANDARDS

### SECTION I: GOVERNANCE AND LEGAL

1. **Board of Directors**

| | | |
|---|---|---|
| GL 1.1 | Size.................... | 2 |
| GL 1.2 | Compensation and Expenses.................... | 2 |
| GL 1.3 | Term Limits.................... | 2 |
| GL 1.4 | Nepotism.................... | 2 |
| GL 1.5 | Financial Contribution.................... | 2 |

2. **Due Diligence and Ethics**

| | | |
|---|---|---|
| GL 2.1 | Background Checks.................... | 2 |
| GL 2.2 | Criminal History.................... | 3 |
| GL 2.3 | Credit Reports.................... | 3 |
| GL 2.4 | Conflict of Interest and Ethics Statements.................... | 3 |
| GL 2.5 | Confidential Information.................... | 3 |
| GL 2.6 | Gifts.................... | 3 |
| GL 2.7 | Whistle-Blower Hotline.................... | 3 |
| GL 2.8 | Suspected Fraud.................... | 3 |

3. **Business Plans**

| | | |
|---|---|---|
| GL 3.1 | Strategic Plan.................... | 4 |

Page

GL 3.2 Outreach Plan.......... 4

4. Document Retention

GL 4.1 Permanent Documents. .......... 4
GL 4.2 Other Documents.......... 4
GL 4.3 Volunteer Information.......... 4

5. Use of Make-A-Wish® Marks

GL 5.1 Territory.......... 4
GL 5.2 Approved Formats.......... 5
GL 5.3 License Agreements.......... 5
GL 5.4 Sublicensing.......... 5
GL 5.5 Products.......... 5
GL 5.6 Unauthorized Use by Others.......... 5

6. Compliance With Laws and Standards

GL 6.1 Non-Discrimination Policy.......... 5
GL 6.2 Applicable Laws.......... 5
GL 6.3 Other Standards.......... 5

7. Potential Litigation/Legal Proceedings

GL 7.1 Chapter Legal Proceedings.......... 5
GL 7.2 Initiation of Proceedings.......... 6
GL 7.3 Status Reports.......... 6
GL 7.4 Settlement of Proceedings.......... 6
GL 7.5 Substitution as Party.......... 6
GL 7.6 Disputes Between Chapters.......... 6

8. Political Activity

GL 8.1 Political Campaigns.......... 6
GL 8.2 Political Issues.......... 6

9. Miscellaneous

GL 9.1 Mission Statement.......... 6
GL 9.2 Paid Chief Executive.......... 6
GL 9.3 Emergency Contact System.......... 7
GL 9.4 Insurance.......... 7
GL 9.5 Satellite Offices.......... 7
GL 9.6 Real Estate Acquisition.......... 7

Page

GL 9.7 Separately Incorporated Fundraising Entities.............. 7
GL 9.8 Grants and Loans.................................................... 7
GL 9.9 Software.............................................................. 7
GL 9.10 Individual Retirement Plans..................................... 7

**SECTION II:**
**WISH GRANTING**

1. **Eligibility**

WG 1.1 Age.................................................................... 8
WG 1.2 Medical Eligibility.................................................. 8
WG 1.3 Prior Wishes......................................................... 8
WG 1.4 Undocumented Children.......................................... 8
WG 1.5 Non-Speaking Children............................................ 8

2. **Required Forms and Documentation**

WG 2.1 Wish Forms............................................................ 8
WG 2.2 Medically Ineligible Children..................................... 9
WG 2.3 Documentation of Delayed Wishes.............................. 9
WG 2.4 Physician Approval of Delayed Wishes......................... 9

3. **Appropriate/Inappropriate Wishes**

WG 3.1 Firearms and Weapons............................................... 9
WG 3.2 Gifts of Money......................................................... 9
WG 3.3 Wishes for Medical Treatment..................................... 9
WG 3.4 Wishes for Large-Scale Support................................... 9
WG 3.5 Multiple Wishes........................................................ 9
WG 3.6 Age-Restrictive Wishes.............................................. 9
WG 3.7 Mission Delivery Initiative Standards........................... 9

4. **Wish Participants**

WG 4.1 Family Members....................................................... 10
WG 4.2 Volunteers and Employees.......................................... 10
WG 4.3 Undocumented Aliens as Wish Participants.................. 10

5. **Wish Solicitation**

WG 5.1 Direct Solicitation..................................................... 10
WG 5.2 Solicitation Via Internet............................................. 10

Page

6. **Wish Assists**

WG 6.1 Wish Assist Forms.................... 10
WG 6.2 Accounting.................... 10
WG 6.3 Wish Assist Fee Program.................... 11

7. **Miscellaneous**

WG 7.1 Gift Quality.................... 11
WG 7.2 Gift Return.................... 11
WG 7.3 Out-of-Territory Referrals.................... 11
WG 7.4 Celebrity Wishes.................... 11

**SECTION III:**
**AUDIT AND FINANCE**

1. **Fiscal Year and Budget**

AF 1.1 Fiscal Year.................... 12
AF 1.2 Annual Budget.................... 12

2. **Audits**

AF 2.1 Combined Audit.................... 12
AF 2.2 Audited Financial Statements.................... 12
AF 2.3 Board Conference with External Auditors.................... 12
AF 2.4 Functional Time Studies.................... 13
AF 2.5 IRS Form 990s.................... 13

3. **Documents Provided to National Office**

AF 3.1 Budget, Financial Statements and Registrations.................... 13
AF 3.2 Quarterly Financial Statements.................... 13
AF 3.3 Wish Data Reports.................... 13

4. **Cash Handling**

AF 4.1 Secure Storage.................... 13
AF 4.2 Receipts for Cash Donations.................... 13
AF 4.3 Check Cashing.................... 14
AF 4.4 Deposit Requirements.................... 14
AF 4.5 Counting Cash.................... 14
AF 4.6 Petty Cash.................... 14
AF 4.7 Cash Advances.................... 14

Page

5. **Checks**

AF 5.1 Check Limits.... 14
AF 5.2 Blank Checks.... 14
AF 5.3 Signature Authority.... 14

6. **Bank Accounts**

AF 6.1 Authorization.... 14
AF 6.2 Signatories.... 14
AF 6.3 Reconciliations.... 14

7. **Investments**

AF 7.1 Ownership.... 15
AF 7.2 Board Approval.... 15
AF 7.3 Speculative Instruments.... 15

8. **Use of Resources**

AF 8.1 Authority to Spend.... 15
AF 8.2 Loans and Advances.... 15
AF 8.3 Review of CEO Expenses.... 15
AF 8.4 Review of Invoices.... 15
AF 8.5 Competitive Bidding.... 15

9. **Required Records**

AF 9.1 Daily Log.... 16
AF 9.2 Fixed Asset Inventory.... 16
AF 9.3 Internal Event Records.... 16
AF 9.4 Supporting Documentation.... 16
AF 9.5 Certificates of Insurance.... 16

10. **Wills and Bequests**

AF 10.1 Non-Specific Bequests.... 16
AF 10.2 Applicable Procedures.... 16

SECTION IV:
FUNDRAISING AND COMMUNICATIONS

1. **Prohibited Actions**

FRC 1.1 Telemarketing.... 17

Page

FRC 1.2 Percentage Compensation....17

2. **Actions Requiring Approval**

FRC 2.1 Out-of-Territory Activities.... 17
FRC 2.2 Multi-Chapter Activity.... 17
FRC 2.3 Out-of-Territory Solicitation.... 17
FRC 2.4 Shared Media Market Publicity.... 17
FRC 2.5 National Media Outlets.... 17

3. **Potential Controversies**

FRC 3.1 Controversial Issues.... 18
FRC 3.2 Potentially Inappropriate or Controversial Sponsors.... 18

4. **Internet Fundraising**

FRC 4.1 Online Sale of Products.... 18
FRC 4.2 Online Solicitation of Donations.... 18
FRC 4.3 Online Solicitation for Events and Promotions....19
FRC 4.4 Online Cause-Related Marketing Sales Promotion ....19
FRC 4.5 Online Auctions.... 19

5. **Celebrity Requests and Publicity**

FRC 5.1 Celebrity Non-Wish Requests.... 20
FRC 5.2 Celebrity Publicity Requests.... 20

6. **Miscellaneous**

FRC 6.1 BBB Wise Giving Alliance Disclosure.... 20
FRC 6.2 Acknowledgment Letter ....20

## GUIDELINES

Governance and Legal .... 21

Wish Granting .... 31

Audit and Finance .... 38

Fundraising and Communications .... 43

# PREFACE

The mission of the Make-A-Wish Foundation® is to grant the wishes of children with life-threatening medical conditions to enrich the human experience with hope, strength and joy. This mission is fulfilled through a network of local Make-A-Wish® chapters working with a cadre of volunteers at the community level.

The National Board of Directors has established four broad governing policies that promote ethical practices, accountability and legal compliance on the part of chapters, the National Office and their respective governing bodies. Chapters are required to comply with these policies, as well as with various performance standards that define detailed performance benchmarks and enable chapters to strengthen their operations in the areas of governance, program operations, financial management, fundraising and communications. The list set forth below is not wholly inclusive of all standards necessary for chapter implementation and may be modified from time to time.

# GOVERNING POLICIES

## Governance and Legal

Chapters shall adhere to the highest legal and ethical standards, protecting the name, reputation, and intellectual property of the Foundation, ensuring sound nonprofit management and governance, and maintaining positive relationships within the Make-A-Wish network.

## Wish Granting

Chapters shall grant one wish of the highest quality for each eligible and referred child in their territory.

## Audit and Finance

Chapters shall implement and maintain sound financial controls, accounting procedures, and asset management policies that promote good stewardship and help ensure fiscal viability.

## Fundraising and Communications

Chapters shall establish and implement fundraising, marketing and media-relations activities that are ethical, constituent sensitive and consistent with the mission in order to create growing capacities and resources.



© Copyright 2007 Make-A-Wish Foundation® of America

# PERFORMANCE STANDARDS

## SECTION I

## GOVERNANCE AND LEGAL

### 1. Board of Directors

**GL 1.1** *Size*. Each chapter shall have a governing board of directors consisting of a minimum of nine voting members.

**GL 1.2** *Compensation and Expenses*. Members of a chapter's board of directors shall not be compensated for their board service; however, a chapter may reimburse board members for reasonable and necessary expenses incurred in connection with their duties.

**GL 1.3** *Term Limits*. No voting member of a chapter's governing board of directors shall serve more than six consecutive years, or 12 years in the aggregate. A voting board member who has served six consecutive years (but less than 12 years in the aggregate) must observe a break in service of at least one year before being re-elected to the board.

**GL 1.4** *Nepotism*. Chapters shall prohibit: (a) members of the immediate family of voting chapter board members from being paid employees of that chapter; and (b) members of the immediate family of paid chapter employees from being voting members of that chapter's board. ("Immediate family" includes a spouse or significant other, parent or stepparent, child or stepchild, sibling, parent-in-law, sister or brother-in-law, and daughter or son-in-law.)

**GL 1.5** *Financial Contribution*. Each chapter board member shall be required to make a personal financial contribution to their chapter each year, as documented in their chapter's written board agreement.

### 2. Due Diligence and Ethics

**GL 2.1** *Background Checks*. Chapters shall ensure that a criminal background check is completed for each employee and each volunteer who has direct contact with children, access to confidential information, or access to chapter funds. Such

criminal background checks shall be repeated, at a minimum, every three years. (See guideline)

**GL 2.2** *Criminal History*. Chapters shall not employ or utilize as a volunteer any individual who has been convicted of a crime that (a) victimizes children, (b) is sexual in nature, or (c) involves violence, fraud, or significant theft. (See guideline)

**GL 2.3** *Credit Reports*. Chapters shall obtain a consumer credit report in accordance with the Fair Credit Reporting Act and applicable state law for each of the following individuals: their chief executive, their chief financial officer and other individuals who perform accounting functions, all signatories on chapter bank accounts and investment accounts, and such other employees or volunteers as they deem appropriate. Such reports shall be obtained upon date of hire or commencement of volunteer service and, at a minimum, every three years thereafter. (See guideline)

**GL 2.4** *Conflict of Interest and Ethics Statements*. Chapters shall maintain a Conflict of Interest and Ethics Statement as provided by the National Office for each employee, board member, and volunteer who has direct contact with children, access to confidential information, or access to chapter funds. Such statements must be signed upon date of hire, election, or commencement of volunteer service, and at least annually thereafter.

**GL 2.5** *Confidential Information*. Chapters shall maintain the confidentiality of donor, volunteer, personnel and wish family information, and shall not disclose any such information to anyone outside the Make-A-Wish Foundation without the prior written permission of the affected individual or entity, unless otherwise required by applicable state law or the National Office.

**GL 2.6** *Gifts*. Chapters shall prohibit employees, board members, volunteers, and their immediate families or cohabitants from accepting anything of more than nominal value (e.g. $75) from vendors or others doing or seeking to do business with the chapter, unless such item(s) is accepted on behalf of the chapter for Make-A-Wish purposes.

**GL 2.7** *Whistle-Blower Hotline*. Chapters shall inform their employees and volunteers, on an annual basis at a minimum, of the existence of a toll-free, confidential whistle-blower hotline through which they can report suspected fraud or other wrongdoing within the organization. (See guideline)

**GL 2.8** *Suspected Fraud*. Chapters shall notify the National Office immediately upon discovery of any instance(s) of fraud or suspected fraud, or other financial improprieties, involving the Make-A-Wish Foundation or any related entities. (See guideline)

## 3. Business Plans

**GL 3.1** *Strategic Plan*. Chapters shall develop, and thereafter annually assess and modify as appropriate, a viable strategic plan that reflects thoughtful consideration of the chapter's goals and objectives in key areas (including, at a minimum, wish granting, fundraising, board development and chapter operations), as well as specific strategies and/or action steps designed to achieve those goals and objectives. (See guideline)

**GL 3.2** *Outreach Plan*. Chapters shall implement, and thereafter annually assess and modify as appropriate, a marketing outreach plan (which may be included as part of the chapter's strategic plan, or may be a separate document). The outreach plan shall set forth specific strategies and/or action steps designed to meet the chapter's wish potential through increased awareness and understanding of the chapter and the work it performs with the public at large and with existing and potential medical referral sources in its territory.

## 4. Document Retention

**GL 4.1** *Permanent Documents*. Chapters shall permanently maintain the following chapter-related documents, files and records in the chapter's headquarters: articles of incorporation; incorporation certificate; bylaws; IRS determination letter; all tax exemption certificates; fully-executed chapter agreement; federal and state information returns; audited financial statements; all current contracts and leases; and the minutes of all meetings of the board of directors and all board committees which have the authority to obligate chapter resources.

**GL 4.2** *Other Documents*. Chapters shall maintain all original wish files, personnel files, volunteer files, financial files and donor files in the chapter's headquarters or other business premises controlled by the chapter, for a minimum of seven years or as otherwise required by applicable state law. (See guideline)

**GL 4.3** *Volunteer Information*. Chapters shall maintain appropriate contact information relating to its volunteers including, for each such person, his or her full name (including any prior names); current home address; e-mail address; and residence and work telephone numbers (if applicable). (See guideline)

## 5. Use of Make-A-Wish Marks

**GL 5.1** *Territory*. Chapters shall not use the Marks outside of the geographic territory assigned to them ("Territory"), except that use of the Marks in local media advertising distributed both within the Territory and within counties and/or states in close proximity of the Territory shall be permitted.

**GL 5.2** *Approved Formats*. Chapters shall only use, or permit the use of, the Marks in formats approved by the National Office. (See guideline)

**GL 5.3** *License Agreements*. Chapters shall not engage in any activity where outside parties will use any Make-A-Wish Foundation trademarks or service marks (collectively, the "Marks") without having such party sign a license agreement as provided or approved by the National Office.

**GL 5.4** *Sublicensing*. Chapters shall have no authority to sublicense the use of the Marks except in strict accordance with exceptions to this prohibition specifically allowed by the National Office.

**GL 5.5** *Products*. Chapters shall not produce any products containing the Marks without the prior written approval of the National Office.

**GL 5.6** *Unauthorized Use by Others*. Chapters shall inform the National Office immediately if they become aware of any infringement or unauthorized use of the Marks. The National Office shall have the sole right, at its discretion, to enforce its rights in the Marks against all third party infringers, and chapters shall provide all reasonable assistance to the National Office in any such enforcement action.

## 6. Compliance With Laws and Standards

**GL 6.1** *Non-Discrimination Policy*. Chapters shall not discriminate in performing the Make-A-Wish Foundation's mission in any respect on the basis of race, creed, religion, national origin, age, sex, veteran status, disability, sexual orientation, or as the law might require.

**GL 6.2** *Applicable Laws*. Chapters shall comply with all applicable federal, state and local charity laws, ordinances, standards and regulations.

**GL 6.3** *Other Standards*. Chapters shall comply with the BBB Wise Giving Alliance's "Charity Standards" (http://www.give.org/standards/newcbbbstds.asp) and the Association of Fundraising Professionals' "Code of Ethical Principles and Standards of Professional Practice" (http://www.afpnet.org/ethics/guidelines_code _standards).

## 7. Potential Litigation/Legal Proceedings

**GL 7.1** *Chapter Legal Proceedings*. Chapters shall cooperate with and immediately inform the National Office of any suits or proceedings in which they are a party or which have been threatened in writing.

**GL 7.2** *Initiation of Proceedings*. Chapters shall not initiate litigation or similar proceeding (including administrative proceedings) without first consulting with the Foundation.

**GL 7.3** *Status Reports*. Chapters shall provide reports to the National Office on the status and progress of all proceedings to which they are a party, whether such proceedings are initiated by said chapter or by some other party, as requested by the National Office. In addition, chapters shall report to the National Office immediately regarding the filing of any case-dispositive motion or the commencement of any case-dispositive hearing.

**GL 7.4** *Settlement of Proceedings*. Chapter will not compromise or settle any action without first consulting with the National Office.

**GL 7.5** *Substitution as Party*. The Make-A-Wish Foundation of America may, at any time, according to its sole discretion, in its name or in the name of the chapter, be substituted for a chapter as the real party in interest in any litigation or proceeding, and prosecute, defend, compromise, or otherwise resolve the litigation or proceeding, at the National Office's sole expense.

**GL 7.6** *Disputes Between Chapters*. All disputes between chapters, without regard to the nature of the dispute or the relief sought, shall be resolved by the Chapter Performance Committee, and chapters shall not bring an action or proceeding in any court, whether local, state, federal or otherwise.

## 8. Political Activity

**GL 8.1** *Political Campaigns*. Chapters shall not participate or intervene in any political campaign on behalf of, or in opposition to, any candidate for public office.

**GL 8.2** *Political Issues*. Chapters shall not publicly take a position on any political issue or any social issue without the prior written approval of the National Office. (See guideline)

## 9. Miscellaneous

**GL 9.1** *Mission Statement*. When referring to the mission of the Make-A-Wish Foundation, chapters shall use the organization's mission statement as adopted by the National Board of Directors, without modification. (See guideline)

**GL 9.2** *Paid Chief Executive*. Each chapter shall have a full-time, paid executive director or president/chief executive officer.

**GL 9.3** *Emergency Contact System*. Chapters shall maintain a responsive 24-hour emergency system that allows wish families and volunteers involved in current wishes to reach appropriate chapter personnel at any time in case of an emergency. (See guideline)

**GL 9.4** *Insurance*. Each chapter shall maintain a general liability insurance policy in the minimum amount of one million dollars per occurrence; two million dollars aggregate, naming the Make-A-Wish Foundation of America as an additional insured. Chapters shall provide to the National Office a certificate of insurance evidencing such coverage and providing a 30-day prior written notice to the National Office of any changes or revocation.

**GL 9.5** *Satellite Offices*. Chapters shall not maintain any offices in addition to their headquarters without the prior written approval of the National Office. (See guideline)

**GL 9.6** *Real Estate Acquisition*. Chapters shall not purchase or otherwise acquire real estate or construct "Wish Houses" or other structures without the prior written approval of the Chapter Performance Committee. (See guideline and "Notice of 3-Year Moratorium Re: Wish Houses")

**GL 9.7** *Separately Incorporated Fundraising Entities*. Chapters shall not establish a separately incorporated fundraising entity without the prior written approval of MAWFA, which approval will be granted or denied in MAWFA's sole discretion. (See guideline)

**GL 9.8** *Grants and Loans*. Chapters shall not grant or loan funds to any other chapters or other organizations without the prior written approval of the National Office.

**GL 9.9** *Software*. Chapters shall ensure that all software applications installed on chapter computer hardware for the purpose of conducting chapter business are properly licensed in the name of the chapter.

**GL 9.10** *Individual Retirement Plans*. Chapters shall not establish or maintain any deferred compensation plan or arrangement (whether a supplemental employee retirement plan, a "top hat" plan, or otherwise) for any one employee, or fewer than all employees, without the prior written approval of the Chapter Performance Committee; provided, however, that chapters may (and are encouraged to) establish for their employees a qualified retirement plan under Sections 401 or 403 (as applicable) of the Internal Revenue Code of 1986, as amended, without obtaining permission from said committee.