# EXHIBIT E

Form **990**

Department of the Treasury Internal Revenue Service

# Return of Organization Exempt from Income Tax

Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except black lung benefit trust or private foundation)

► The organization may have to use a copy of this return to satisfy state reporting requirements.

OMB No. 1545-0047

**2004**

Open to Public Inspection

FY 2005

**A** For the 2004 calendar year, or tax year beginning 9/01, 2004, and ending 8/31, 2005

**B** Check if applicable: Address change; Name change; Initial return; Final return; Amended return; Application pending

Please use IRS label or print or type. See specific instructions.

MAKE A WISH FOUNDATION OF RI
757 PARK AVENUE
CRANSTON, RI 02910

**D** Employer Identification Number: 05-0462760

**E** Telephone number: (401) 781-9474

**F** Accounting method: Cash [X] Accrual Other (specify) ►

• Section 501(c)(3) organizations and 4947(a)(1) nonexempt charitable trusts must attach a completed Schedule A (Form 990 or 990-EZ).

H and I are not applicable to section 527 organizations.

H (a) Is this a group return for affiliates? Yes [X] No

H (b) If 'Yes,' enter number of affiliates ►

H (c) Are all affiliates included? Yes No (If 'No,' attach a list. See instructions.)

H (d) Is this a separate return filed by an organization covered by a group ruling? Yes [X] No

**G** Web site: ► N/A

**J** Organization type (check only one) ► [X] 501(c) 3 ◄ (insert no) 4947(a)(1) or 527

**K** Check here ► if the organization's gross receipts are normally not more than $25,000. The organization need not file a return with the IRS; but if the organization received a Form 990 Package in the mail, it should file a return without financial data. Some states require a complete return.

**I** Group Exemption Number ►

**M** Check ► [X] if the organization is not required to attach Schedule B (Form 990, 990-EZ, or 990-PF)

**L** Gross receipts: Add lines 6b, 8b, 9b, and 10b to line 12 ► 1,310,141.

## Part I Revenue, Expenses, and Changes in Net Assets or Fund Balances (See instructions)

**Revenue**

| | Line | | | Line | Amount |
|---|---|---|---|---|---|
| 1 Contributions, gifts, grants, and similar amounts received | | | | | |
| a Direct public support | 1a | 756,096. | | | |
| b Indirect public support | 1b | 321,910. | | | |
| c Government contributions (grants) | 1c | | | | |
| d Total (add lines 1a through 1c) (cash $ 748,023. noncash $ 329,983.) | | | | 1d | 1,078,006. |
| 2 Program service revenue including government fees and contracts (from Part VII, line 93) | | | | 2 | |
| 3 Membership dues and assessments | | | | 3 | |
| 4 Interest on savings and temporary cash investments | | | | 4 | 5,587. |
| 5 Dividends and interest from securities | | | | 5 | |
| 6a Gross rents | 6a | | | | |
| b Less: rental expenses | 6b | | | | |
| c Net rental income or (loss) (subtract line 6b from line 6a) | | | | 6c | |
| 7 Other investment income (describe ► ) | | | | 7 | |
| 8a Gross amount from sales of assets other than inventory | (A) Securities | 8a | (B) Other | | |
| b Less: cost or other basis and sales expenses | | 8b | | | |
| c Gain or (loss) (attach schedule) | | 8c | | | |
| d Net gain or (loss) (combine line 8c, columns (A) and (B)) | | | | 8d | |
| 9 Special events and activities (attach schedule) If any amount is from gaming, check here ► | | | | | |
| a Gross revenue (not including $ ________ of contributions reported on line 1a) | 9a | 226,548. | | | |
| b Less: direct expenses other than fundraising expenses | 9b | 92,414. | | | |
| c Net income or (loss) from special events (subtract line 9b from line 9a) | | Statement 1 | | 9c | 134,134. |
| 10a Gross sales of inventory, less returns and allowances | 10a | | | | |
| b Less: cost of goods sold | 10b | | | | |
| c Gross profit or (loss) from sales of inventory (attach schedule) (subtract line 10b from line 10a) | | | | 10c | |
| 11 Other revenue (from Part VII, line 103) | | | | 11 | |
| 12 Total revenue (add lines 1d, 2, 3, 4, 5, 6c, 7, 8d, 9c, 10c, and 11) | | | | 12 | 1,217,727. |

**Expenses**

| | | Line | Amount |
|---|---|---|---|
| 13 Program services (from line 44, column (B)) | | 13 | 1,040,354. |
| 14 Management and general (from line 44, column (C)) | | 14 | 170,364. |
| 15 Fundraising (from line 44, column (D)) | | 15 | 57,053. |
| 16 Payments to affiliates (attach schedule) | See Statement 2 | 16 | 5,092. |
| 17 Total expenses (add lines 16 and 44, column (A)) | | 17 | 1,272,863. |

**Net Assets**

| | | Line | Amount |
|---|---|---|---|
| 18 Excess or (deficit) for the year (subtract line 17 from line 12) | | 18 | -55,136. |
| 19 Net assets or fund balances at beginning of year (from line 73, column (A)) | | 19 | 220,502. |
| 20 Other changes in net assets or fund balances (attach explanation) | See Statement 3 | 20 | 27,327. |
| 21 Net assets or fund balances at end of year (combine lines 18, 19, and 20) | | 21 | 192,693. |

RECEIVED JUL 0 7 2006 OGDEN, UT

SCANNED AUG 0 7 2006



9

**Part II Statement of Functional Expenses** All organizations must complete column (A). Columns (B), (C), and (D) are required for section 501(c)(3) and (4) organizations and section 4947(a)(1) nonexempt charitable trusts but optional for others

| *Do not include amounts reported on line 6b, 8b, 9b, 10b, or 16 of Part I.* | | (A) Total | (B) Program services | (C) Management and general | (D) Fundraising |
|---|---|---|---|---|---|
| 22 Grants and allocations (att sch) (cash $ ____ non-cash $ ____ ) | 22 | | | | |
| 23 Specific assistance to individuals (att sch) | 23 | 729,232. | 729,232. | | |
| 24 Benefits paid to or for members (att sch) | 24 | | | | |
| 25 Compensation of officers, directors, etc | 25 | | | | |
| 26 Other salaries and wages | 26 | 278,676. | 172,194. | 85,163. | 21,319. |
| 27 Pension plan contributions | 27 | 6,244. | 3,435. | 2,248. | 561. |
| 28 Other employee benefits | 28 | 11,020. | 6,809. | 3,368. | 843. |
| 29 Payroll taxes | 29 | 24,581. | 15,189. | 7,512. | 1,880. |
| 30 Professional fundraising fees | 30 | | | | |
| 31 Accounting fees | 31 | | | | |
| 32 Legal fees | 32 | 63,301. | 33,054. | 21,612. | 8,635. |
| 33 Supplies | 33 | 8,829. | 4,838. | 3,155. | 836. |
| 34 Telephone | 34 | 8,288. | 4,799. | 2,791. | 698. |
| 35 Postage and shipping | 35 | 18,487. | 10,121. | 6,574. | 1,792. |
| 36 Occupancy | 36 | 22,800. | 12,540. | 8,208. | 2,052. |
| 37 Equipment rental and maintenance | 37 | 25,273. | 13,900. | 9,098. | 2,275. |
| 38 Printing and publications | 38 | 28,279. | 12,555. | 8,215. | 7,509. |
| 39 Travel | 39 | | | | |
| 40 Conferences, conventions, and meetings | 40 | 18,578. | 8,841. | 4,196. | 5,541. |
| 41 Interest | 41 | | | | |
| 42 Depreciation, depletion, etc (attach schedule) | 42 | 10,811. | 5,946. | 3,892. | 973. |
| 43 Other expenses not covered above (itemize): | | | | | |
| a INSURANCE | 43a | 8,461. | 4,193. | 2,569. | 1,699. |
| b OTHER | 43b | 4,911. | 2,708. | 1,763. | 440. |
| c | 43c | | | | |
| d | 43d | | | | |
| e | 43e | | | | |
| 44 Total functional expenses (add lines 22 - 43). Organizations completing columns (B) - (D), carry these totals to lines 13 - 15 | 44 | 1,267,771. | 1,040,354. | 170,364. | 57,053. |

**Joint Costs.** Check ► [ ] if you are following SOP 98-2

Are any joint costs from a combined educational campaign and fundraising solicitation reported in (B) Program services? ► [X] Yes [ ] No

If 'Yes,' enter (i) the aggregate amount of these joint costs $ 28,279. , (ii) the amount allocated to Program services $ 12,555. ; (iii) the amount allocated to Management and general $ 8,215. , and (iv) the amount allocated to Fundraising $ 7,509.

**Part III Statement of Program Service Accomplishments**

What is the organization's primary exempt purpose? ► GRANTING WISHES

All organizations must describe their exempt purpose achievements in a clear and concise manner. State the number of clients served, publications issued, etc. Discuss achievements that are not measurable. (Section 501(c)(3) & (4) organizations and 4947(a)(1) nonexempt charitable trusts must also enter the amount of grants & allocations to others.)

| | Program Service Expenses (Required for 501(c)(3) and (4) organizations and 4947(a)(1) trusts, but optional for others) |
|---|---|
| a THE PURPOSE OF OUR ORGANIZATION IS TO FULFILL THE SPECIAL WISHES OF CHILDREN AGE EIGHTEEN OR YOUNGER WHO AR SUFFERING FROM LIFE THREATENING ILLNESSES CREATING THE PROBABILITY, ALTHOUGH NOT (Grants and allocations $ ) | 1,040,354. |
| b CERTAINTY, THAT THE CHILD WILL NOT SURVIVE HIS OR HER EIGHTEENTH YEAR REGARDLESS OF SUCH CHILD'S CREED, RACE, SEX, RELIGION, ECONOMIC STATUS OR NATIONAL ORIGIN. (Grants and allocations $ ) | |
| c DURING THE FISCAL YEAR WE GRANTED 92 WISHES. (Grants and allocations $ ) | |
| d (Grants and allocations $ ) | |
| e Other program services (Grants and allocations $ ) | |
| f **Total of Program Service Expenses** (should equal line 44, column (B), Program services) ► | 1,040,354. |

**Part IV Balance Sheets** (See Instructions)

| Note: *Where required, attached schedules and amounts within the description column should be for end-of-year amounts only.* | | (A) Beginning of year | | (B) End of year |
|---|---|---|---|---|
| **ASSETS** 45 Cash — non-interest-bearing | | 43,069. | 45 | 69,978. |
| 46 Savings and temporary cash investments | | 199,345. | 46 | 148,592. |
| 47a Accounts receivable | 47a | | | |
| b Less. allowance for doubtful accounts | 47b | | 47c | |
| 48a Pledges receivable | 48a 143,098. | | | |
| b Less: allowance for doubtful accounts | 48b | 82,206. | 48c | 143,098. |
| 49 Grants receivable | | 21,844. | 49 | 13,179. |
| 50 Receivables from officers, directors, trustees, and key employees (attach schedule) | | | 50 | |
| 51a Other notes & loans receivable (attach sch) | 51a | | | |
| b Less allowance for doubtful accounts | 51b | | 51c | |
| 52 Inventories for sale or use | | | 52 | |
| 53 Prepaid expenses and deferred charges | | 3,831. | 53 | 18,343. |
| 54 Investments — securities (attach schedule) ► ☐ Cost ☐ FMV | | | 54 | |
| 55a Investments — land, buildings, & equipment basis | 55a 94,633. | | | |
| b Less. accumulated depreciation (attach schedule) Statement 4 | 55b 74,916. | 16,446. | 55c | 19,717. |
| 56 Investments — other (attach schedule) | | | 56 | |
| 57a Land, buildings, and equipment. basis | 57a | | | |
| b Less· accumulated depreciation (attach schedule) | 57b | | 57c | |
| 58 Other assets (describe ► See Statement 5 ) | | 2,900. | 58 | 1,900. |
| 59 **Total assets** (add lines 45 through 58) (must equal line 74) | | 369,641. | 59 | 414,807. |
| **LIABILITIES** 60 Accounts payable and accrued expenses | | 149,139. | 60 | 196,989. |
| 61 Grants payable | | | 61 | |
| 62 Deferred revenue | | | 62 | 25,125. |
| 63 Loans from officers, directors, trustees, and key employees (attach schedule) | | | 63 | |
| 64a Tax-exempt bond liabilities (attach schedule) | | | 64a | |
| b Mortgages and other notes payable (attach schedule) | | | 64b | |
| 65 Other liabilities (describe ► ) | | | 65 | |
| 66 **Total liabilities** (add lines 60 through 65) | | 149,139. | 66 | 222,114. |
| **NET ASSETS OR FUND BALANCES** Organizations that follow SFAS 117, check here ► [X] and complete lines 67 through 69 and lines 73 and 74 | | | | |
| 67 Unrestricted | | 210,620. | 67 | 192,693. |
| 68 Temporarily restricted | | 9,882. | 68 | |
| 69 Permanently restricted | | | 69 | |
| Organizations that do not follow SFAS 117, check here ► ☐ and complete lines 70 through 74. | | | | |
| 70 Capital stock, trust principal, or current funds | | | 70 | |
| 71 Paid-in or capital surplus, or land, building, and equipment fund | | | 71 | |
| 72 Retained earnings, endowment, accumulated income, or other funds | | | 72 | |
| 73 **Total net assets or fund balances** (add lines 67 through 69 or lines 70 through 72; column (A) must equal line 19, column (B) must equal line 21) | | 220,502. | 73 | 192,693. |
| 74 **Total liabilities and net assets/fund balances** (add lines 66 and 73) | | 369,641. | 74 | 414,807. |

Form 990 is available for public inspection and, for some people, serves as the primary or sole source of information about a particular organization How the public perceives an organization in such cases may be determined by the information presented on its return Therefore, please make sure the return is complete and accurate and fully describes, in Part III, the organization's programs and accomplishments

BAA

Form 990 (2004) MAKE A WISH FOUNDATION OF RI 05-0462760 Page 4

**Part IV-A Reconciliation of Revenue per Audited Financial Statements with Revenue per Return** (See instructions.)

| | | | |
|---|---|---|---|
| a | Total revenue, gains, and other support per audited financial statements | a | 1,217,727. |
| b | Amounts included on line a but not on line 12, Form 990: | | |
| | (1) Net unrealized gains on investments $ | | |
| | (2) Donated services and use of facilities $ | | |
| | (3) Recoveries of prior year grants $ | | |
| | (4) Other (specify) $ | | |
| | Add amounts on lines (1) through (4) | b | |
| c | Line a minus line b | c | 1,217,727. |
| d | Amounts included on line 12, Form 990 but not on line a: | | |
| | (1) Investment expenses not included on line 6b, Form 990 $ | | |
| | (2) Other (specify): $ | | |
| | Add amounts on lines (1) and (2) | d | |
| e | Total revenue per line 12, Form 990 (line c plus line d) | e | 1,217,727. |

**Part IV-B Reconciliation of Expenses per Audited Financial Statements with Expenses per Return**

| | | | |
|---|---|---|---|
| a | Total expenses and losses per audited financial statements | a | 1,272,863. |
| b | Amounts included on line a but not on line 17, Form 990: | | |
| | (1) Donated services and use of facilities $ | | |
| | (2) Prior year adjustments reported on line 20, Form 990 $ | | |
| | (3) Losses reported on line 20, Form 990 $ | | |
| | (4) Other (specify) $ | | |
| | Add amounts on lines (1) through (4) | b | |
| c | Line a minus line b | c | 1,272,863. |
| d | Amounts included on line 17, Form 990 but not on line a: | | |
| | (1) Investment expenses not included on line 6b, Form 990 $ | | |
| | (2) Other (specify): $ | | |
| | Add amounts on lines (1) and (2) | d | |
| e | Total expenses per line 17, Form 990 (line c plus line d) | e | 1,272,863. |

**Part V List of Officers, Directors, Trustees, and Key Employees** (List each one even if not compensated; see instructions.)

| (A) Name and address | (B) Title and average hours per week devoted to position | (C) Compensation (If not paid, enter -0-) | (D) Contributions to employee benefit plans and deferred compensation | (E) Expense account and other allowances |
|---|---|---|---|---|
| See Statement 6 | | 0. | 0. | 0. |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

75 Did any officer, director, trustee, or key employee receive aggregate compensation of more than $100,000 from your organization and all related organizations, of which more than $10,000 was provided by the related organizations? ☐ Yes ☒ No

If 'Yes,' attach schedule – see instructions

BAA Form 990 (2004)

TEEA0104L 01/07/05

Form 990 (2004) MAKE A WISH FOUNDATION OF RI 05-0462760 Page 6

**Part VII Analysis of Income-Producing Activities** (See instructions.)

| Note: *Enter gross amounts unless otherwise indicated.* | Unrelated business income (A) Business code | (B) Amount | Excluded by section 512, 513, or 514 (C) Exclusion code | (D) Amount | (E) Related or exempt function income |
|---|---|---|---|---|---|
| 93 Program service revenue. | | | | | |
| a | | | | | |
| b | | | | | |
| c | | | | | |
| d | | | | | |
| e | | | | | |
| f Medicare/Medicaid payments | | | | | |
| g Fees & contracts from government agencies | | | | | |
| 94 Membership dues and assessments | | | | | |
| 95 Interest on savings & temporary cash invmnts | | | 14 | 5,587. | |
| 96 Dividends & interest from securities | | | | | |
| 97 Net rental income or (loss) from real estate. | | | | | |
| a debt-financed property | | | | | |
| b not debt-financed property | | | | | |
| 98 Net rental income or (loss) from pers prop | | | | | |
| 99 Other investment income | | | | | |
| 100 Gain or (loss) from sales of assets other than inventory | | | | | |
| 101 Net income or (loss) from special events | | | 1 | 134,134. | |
| 102 Gross profit or (loss) from sales of inventory | | | | | |
| 103 Other revenue: a | | | | | |
| b | | | | | |
| c | | | | | |
| d | | | | | |
| e | | | | | |
| 104 Subtotal (add columns (B), (D), and (E)) | | | | 139,721. | |
| 105 Total (add line 104, columns (B), (D), and (E)) | | | | | 139,721. |

*Note: Line 105 plus line 1d, Part I, should equal the amount on line 12, Part I.*

**Part VIII Relationship of Activities to the Accomplishment of Exempt Purposes** (See instructions.)

| Line No. | Explain how each activity for which income is reported in column (E) of Part VII contributed importantly to the accomplishment of the organization's exempt purposes (other than by providing funds for such purposes) |
|---|---|
| N/A | |

**Part IX Information Regarding Taxable Subsidiaries and Disregarded Entities** (See instructions.)

| (A) Name, address, and EIN of corporation, partnership, or disregarded entity | (B) Percentage of ownership interest | (C) Nature of activities | (D) Total income | (E) End-of-year assets |
|---|---|---|---|---|
| N/A | % | | | |
| | % | | | |
| | % | | | |
| | % | | | |

**Part X Information Regarding Transfers Associated with Personal Benefit Contracts** (See instructions.)

a Did the organization, during the year, receive any funds, directly or indirectly, to pay premiums on a personal benefit contract? ☐ Yes ☒ No

b Did the organization, during the year, pay premiums, directly or indirectly, on a personal benefit contract? ☐ Yes ☒ No

Note: *If 'Yes' to (b), file Form 8870 and Form 4720 (see instructions).*

**Please Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than officer) is based on all information of which preparer has any knowledge.

▶ D. L. Hackney (signature) — Signature of officer — Date: 6-27-06

▶ Diana Lynn Hackney President & CEO — Type or print name and title

**Paid Preparer's Use Only**

Preparer's signature ▶ FRANK MELUCCI — Date 6/27/06 — Check if self-employed ▶ ☐ — Preparer's SSN or PTIN (See General Instruction W) N/A

Firm's name (or yours if self-employed), address, and ZIP + 4 ▶ Melucci, Bissonnette & Co.,Ltd, 151 Broadway, Providence, RI 02903 — EIN ▶ N/A — Phone no ▶ (401) 272-2600

**SCHEDULE A**
**(Form 990 or 990-EZ)**

Department of the Treasury
Internal Revenue Service

# Organization Exempt Under Section 501(c)(3)

(Except Private Foundation) and Section 501(e), 501(f), 501(k), 501(n), or Section 4947(a)(1) Nonexempt Charitable Trust

Supplementary Information — (See separate instructions.)

► MUST be completed by the above organizations and attached to their Form 990 or 990-EZ.

OMB No 1545-0047

**2004**

Name of the organization: MAKE A WISH FOUNDATION OF RI

Employer identification number: 05-0462760

**Part I** **Compensation of the Five Highest Paid Employees Other Than Officers, Directors, and Trustees**
(See instructions. List each one. If there are none, enter 'None.')

| (a) Name and address of each employee paid more than $50,000 | (b) Title and average hours per week devoted to position | (c) Compensation | (d) Contributions to employee benefit plans and deferred compensation | (e) Expense account and other allowances |
|---|---|---|---|---|
| None | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Total number of other employees paid over $50,000 ► | 0 | | | |

**Part II** **Compensation of the Five Highest Paid Independent Contractors for Professional Services**
(See instructions. List each one (whether individuals or firms). If there are none, enter 'None.')

| (a) Name and address of each independent contractor paid more than $50,000 | (b) Type of service | (c) Compensation |
|---|---|---|
| None | | |
| | | |
| | | |
| | | |
| | | |
| Total number of others receiving over $50,000 for professional services ► 0 | | |

BAA For Paperwork Reduction Act Notice, see the Instructions for Form 990 and Form 990-EZ. Schedule A (Form 990 or 990-EZ) 2004

TEEA0401L 07/22/04

2004 **Federal Statements** Page 2

**MAKE A WISH FOUNDATION OF RI** 05-0462760

**Statement 5**
**Form 990, Part IV, Line 58**
**Other Assets**

| | | |
|---|---|---|
| DEPOSITS | | $ 1,900. |
| | Total | $ 1,900. |

**Statement 6**
**Form 990, Part V**
**List of Officers, Directors, Trustees, and Key Employees**

| Name and Address | Title and Average Hours Per Week Devoted | Compen-sation | Contri-bution to EBP & DC | Expense Account/ Other |
|---|---|---|---|---|
| STEVE MINICUCCI<br>REDACTED<br>CRANSTON, RI 02921 | Board Chair<br>5 | $ 0. | $ 0. | $ 0. |
| MARY LOU SCHOETTLER<br>REDACTED<br>EAST GREENWICH, RI 02818 | Vice Chair<br>10 | 0. | 0. | 0. |
| ERNEST FRIZZLE<br>REDACTED<br>NORTH KINGSTOWN, RI 02852 | Secretary<br>5 | 0. | 0. | 0. |
| FRANK MELUCCI<br>REDACTED<br>WARWICK, RI 02889 | Treasurer<br>5 | 0. | 0. | 0. |
| ANTHONY J. BUCCI, JR.<br>REDACTED<br>CRANSTON, RI | Board Member<br>5 | 0. | 0. | 0. |
| RICHARD FINELLI<br>REDACTED<br>EAST GREENWICH, RI 02818 | Board Member<br>5 | 0. | 0. | 0. |
| DIANNE THIBEAULT<br>REDACTED<br>WARWICK, RI 02889 | Board Member<br>5 | 0. | 0. | 0. |
| JOANNE TARAVELLA<br>REDACTED<br>WARWICK, RI 02889 | Board Member<br>5 | 0. | 0. | 0. |
| PATRICIA SPAZIANO<br>REDACTED<br>WARWICK, RI 02888 | Board Member<br>5 | 0. | 0. | 0. |
| ED PIRES<br>REDACTED<br>CRANSTON, RI 02920 | Board Member<br>5 | 0. | 0. | 0. |
| | Total | $ 0. | $ 0. | $ 0. |

05-0462760 Form 990, Part II Line 23.

**WISHES COMPLETED FISCAL YEAR 2005 SEPTEMBER 1, 2004 TO AUGUST 31, 2005**

| | Wish Child | Wish | Date wish Completed | Cash | In-Kind | Total |
|---|---|---|---|---|---|---|
| 1 | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |
| 21 | | | | | | |
| 22 | | | | | | |
| 23 | | | | | | |
| 24 | | | | | | |
| 25 | | | | | | |
| 26 | | | | | | |
| 27 | | | | | | |
| 28 | | | | | | |
| 29 | | | | | | |
| 30 | | | | | | |
| 31 | | | | | | |
| 32 | | | | | | |
| 33 | | | | | | |
| 34 | | | | | | |
| 35 | | | | | | |
| 36 | | | | | | |
| 37 | | | | | | |
| 38 | | | | | | |
| 39 | | | | | | |
| 40 | | | | | | |
| 41 | | | | | | |
| 42 | | | | | | |
| 43 | | | | | | |

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

* Above list is created on the cash basis of accounting.