# EXHIBIT H

March 7, 2008

To the Chapter Performance Committee

Dear Members,

Please consider this our response to your letter of February 28, 2008. We are hopeful that this letter clarifies several issues before the Chapter Action Meeting scheduled for March 12, 2008.

At the outset, it is important to mention the history of the Chapter and highlight the recent accomplishments. In 2002, the Board hired Dr. Diana Hackney as President and CEO of this Chapter. Prior to that time, as you may be aware, the Chapter had significant issues and in fact was placed on probation. The chapter's predecessor who was the President and CEO when the Chapter was on probation is now at a competing wish organization here in Rhode Island and in fact has publicly raised two of the current issues that were raised in the February 28, 2008 letter.

Since 2002, the members of the Board have completely changed. It is a diverse group of people all dedicated to the mission of Make-A-Wish. The accomplishments of this Chapter are impressive. This Chapter has obtained higher reserves than any time prior in its history. Since 2002, assets have increased 57% for the Chapter. The Chapter received the National Performance Award and Dr. Hackney was a recipient of the Rhode Island Women of Achievement Award in Fall, 2007. This Chapter has been one of the highest in securing its wish potential. There have been 900 wishes granted in this Chapter

since its inception in 1991. More than 450 of those wishes have been granted over the last 5 and one half years. Last week, the chapter received a citation from the State of Rhode Island and Providence Plantations; one of two charities selected from all of the state charities to be congratulated for its work with children. During this time period, the National office and two nationally, respected external auditing firms have reviewed the Chapter and have consistently determined that it met or exceeded National Standards in all categories. Suffice it to say that this Chapter takes pride in these accomplishments.

It is with this backdrop that we address these unfortunate accusations. Because this Chapter does take such pride in its accomplishments, it would be remiss if it did not first address the tone of the February 28, 2008 letter. The letter accuses this Chapter of violating the Chapter Agreement and the Governing Policies and Performance Standards. It does not speak to allegations but to actual conduct. It would seem from this letter that the fate of this Chapter has already been determined. We are hopeful that is not the case. In addition, the letter states that this Chapter "has jeopardized the Make-A-Wish Foundation's good name and reputation." It further asserts that the conduct was "egregious". This Chapter has not done anything malicious or with the intent to harm this organization. As indicated above, this Chapter, since 2002 has done everything in its power to work toward the mission of the Make-A-Wish Foundation in a professional and responsible manner.

The Board has met and in fact has determined that there was an error of judgment as it relates to the 990s forms that were filed in 2005 and 2006. Amended 990s forms have been filed for those years. It is accurate that the President and CEO's salary was not listed on the actual Form 990s. It was brought to the chapter's attention that during the

time period in question that the chapter's previous President and CEO had been advising several past and potential donors of Dr. Hackney's salary. As a result, the form was prepared and filed without the salary for the two years in question. It had appeared in the previous years which would indicate to you that it was not an attempt to be deceptive. The above is not an excuse but an explanation. It does not excuse the conduct; however, it does indicate that the conduct was never intended to deceive. We, as a Board, apologize and can assure this Committee that the error has been corrected and will not be repeated.

The letter also stated that the Chapter represented that no employees were making more than $50,000 a year on the Schedule A. That is true; however, there were no employees other than our President and CEO at those times that were making over that figure.

Finally, the letter has a legitimate concern that wish children were listed as an addendum on the Form 990s. The children names were listed. A review of all 990s since the inception of the Chapter shows that this addendum was always done. This has been the practice of the Chapter since 1992. At no time has the practice been called into question, not during previous President and CEOs tenure or any time after. Once again, the listing of the names was not done with malice and most certainly will be halted immediately.

We are asking this Committee to take into account the excellent work that this Chapter has done since 2002. We understand the seriousness of the conduct and we can assure the Committee that steps have been taken to correct these errors. We also would ask that when reviews and audits are performed by the National internal auditor that the

check list includes a detailed review of Form 990s. Finally, and most importantly, we ask that we be allowed to continue to do the good work for the children of Rhode Island. We are hopeful that this response letter assists the Committee prior to the hearing on March 12, 2008.

Respectfully,

The Rhode Island Chapter

5/2/2008

## *Make-A-Wish Foundation® of Rhode Island*
## *Board Members – Updated 12/26/07*

| Name/Title | Office | Home |
|---|---|---|
| **Mary Lou Schoettler**<br>*Board Chair* | Ratcliffe Burke Harten & Elias LLP<br>1600 Financial Plaza<br>Providence, RI 02903<br>Tel: (401) 490-8350<br>Fax (401) 331-3440<br>mschoettler@rbhelaw.com | |
| **Dianne Thibeault**<br>*Vice Chair* | AB<br>UBS Financial Services<br>One Citizens Plaza<br>Providence, RI 02903<br>Tel: (401) 455-6725<br>(800) 333-6303 Ext. 6725<br>FAX (401) 274-3672<br>dianne.thibeault@ubs.com | nue<br>REDACTED |
| **Frank Melucci**<br>*Treasurer*<br>*Finance Comm. Chair* | Melucci Bissonnette & Co.<br>7 Ivan Street<br>North Providence, RI 02904<br>Tel: (401) 305-3900<br>Fax (401) 305-3904<br>fmelucci@mbcocpas.com | |
| **Ed Pires**<br>*Secretary* | W.B. Mason Company<br>99 Bald Hill Road<br>Cranston, RI 02905<br>Tel: (800) 242 –5892 x. 11250<br>Cell (401) 265 – 3956<br>ed.pires@wbmason.com | |
| **Joanne Taravella**<br>*Board Member* | | |
| **Patricia Spaziano**<br>*Board Member* | Creative Resources, Inc.<br>250 F Centerville Road<br>Warwick, RI 02886<br>Tel: (401) 738-0070 | REDACTED |
| **Mark Dana**<br>*Rep at Large* | Law Office of Mark Dana, P.C.<br>536 Atwells Avenue<br>Providence, RI 02909<br>Tel: 401-454-1222<br>Fax: 401-490-4834<br>mwd@mdlawri.com | |
| **Kevin Simon** | Greenwich Safety, Inc.<br>3661 West Shore Road<br>Warwick, RI 02886<br>Tel: (401) 732-9200<br>Fax: (401) 732-2911<br>kevin.simon@worldnet.att.net | |
| **Theodore Trafton**<br>*Board Member* | Merrill Lynch<br>1 Citizens Plaza, Suite 1000<br>Providence, RI 02903<br>(401) 863-8724 – Direct<br>theodore_trafton@ml.com | |