# EXHIBIT I

**Make-A-Wish Foundation®**
**of America**
3550 North Central Avenue, Suite 300
Phoenix, Arizona 85012-2127
602-279-WISH, 800-722-WISH
602-279-0855 fax
www.wish.org

MAKE-A-WISH.

March 14, 2008

*By E-Mail*

Mary Lou Schoettler, Board Chair
Dr. Diana Hackney, President & CEO
Make-A-Wish Foundation of Rhode Island
757 Park Avenue, 2nd Floor
Cranston, RI 02910

Re: Results of Chapter Action Meeting

Dear Mary Lou and Diana:

Thank you again for taking the time to speak with the Chapter Performance Committee ("CPC") on March 12, 2008, regarding the Form 990s that your chapter filed with the IRS for FY 2005 and FY 2006.

After careful consideration of all the facts, including your written submission and oral presentation, the members of the CPC voted unanimously to revoke your status as a chapter of the Make-A-Wish Foundation of America ("MAWFA") based on your violations of Sections 5.3, 5.4 and 5.5 of the Chapter Agreement; the Governance and Legal Governing Policy; and Performance Standards GL 2.5 ("Confidential Information"), GL 6.2 ("Applicable Laws") and GL 6.3 ("Other Standards"). (For your convenience, the text of these provisions is set forth on the attached Exhibit A.)

I can assure you this decision was not made lightly. In the final analysis, however, the CPC determined that your chapter's decision not to disclose Diana's compensation in your Form 990s as expressly required by the IRS -- and your voluntary disclosure of confidential information regarding wish children on a schedule attached thereto -- have not only jeopardized the Make-A-Wish Foundation's good name and reputation, but were so egregious and inexcusable as to warrant Revocation.

Pursuant to Section 17 of the Chapter Agreement, your chapter has the right to appeal the imposition of Revocation to MAWFA's Executive Committee by filing a written notice of appeal with MaryJane Irwin (Corporate Secretary) at mirwin@wish.org on or before 30 days after the date of this letter. If you choose to file an appeal, the Executive Committee will conduct a hearing within 30 days thereafter; and, under Section 17.3 of the Chapter Agreement, "[t]he decision of the Executive Committee on the appeal shall be final and unappealable."

Until your chapter's appeal is decided, and during the winding down process if your appeal is denied, the CPC also voted to place your chapter on Probation subject to the following conditions:

1. *By April 12, 2008, Chapter must file an amended IRS Form 990 (and state return if required) for Fiscal Years 2005 and 2006 (and 2007 if already filed) with the IRS and with your state charity regulator. Copies of the amended return(s) shall be submitted to the Director of Chapter Support for review and approval before they are filed.*

2. *Effective immediately, Chapter may not make any personnel decisions (including, but not limited to, hiring, firing, disciplining, etc.) relating to Chapter employees without prior written approval from the Director of Chapter Support.*

3. *Effective immediately, Chapter may not appoint any new Board members without prior written approval from the Director of Chapter Support.*

4. *Effective immediately, Chapter shall not transfer, encumber, convey or otherwise dispose of any of its assets other than in the ordinary course of business -- nor shall it commit to any such actions -- without the express prior written approval of the Director of Chapter Support.*

Please note that your chapter also has the right to appeal the imposition of Probation in the same manner as set forth above for Revocation. You should be aware, however, that under Section 17.1 of the Chapter Agreement your appeal rights are "conditioned upon [your] Chapter's full and timely compliance with all requirements of Probation."

If you have any questions, or if the CPC or national staff can be of any further assistance to you in your efforts, please feel free to contact me at (860) 827-2519 or Lawrence.Byar@tdbanknorth.com, or Deborah Thompson at (800) 722-9474 x 5148 or dthompson@wish.org.

Sincerely,

*/s/ Lawrence J. Byar*

Lawrence J. Byar, Chair
Chapter Performance Committee

cc: Phil Boudreau, VP & Chief Operating Officer
David Mulvihill, VP & General Counsel
Deborah Thompson, Director of Chapter Performance
Susan Sewell, Senior Manager, Chapter Performance
MaryJane Irwin, Corporate Secretary

# VIOLATIONS COMMITTED BY
# RHODE ISLAND CHAPTER

## Chapter Agreement

*5.3 Chapter agrees to comply with, and be bound by, the terms of Foundation's Bylaws, this Agreement and the Policies.*

*5.4 Chapter shall use its best efforts in performing the Foundation's Purpose, in cooperating with Foundation and Other Chapters, and in protecting the Marks and the integrity and good reputation of Foundation.*

*5.5 Chapter shall comply with all federal, state, county and local laws, regulations, rules and ordinances applicable to it or relating to nonprofit corporations and charitable organizations.*

## "Governance and Legal" Governing Policy

*Chapters shall adhere to the highest legal and ethical standards, protecting the name, reputation, and intellectual property of the Foundation, ensuring sound nonprofit management and governance, and maintaining positive relationships within the Make-A-Wish network.*

## Performance Standards

*GL 2.5 Confidential Information. Chapters shall maintain the confidentiality of donor, volunteer, personnel and wish family information, and shall not disclose any such information to anyone outside the Make-A-Wish Foundation without the prior written permission of the affected individual or entity, unless otherwise required by applicable state law or the National Office.*

*GL 6.2 Applicable Laws. Chapters shall comply with all applicable federal, state and local charity laws, ordinances, standards and regulations.*

*GL 6.3 Other Standards. Chapters shall comply with the BBB Wise Giving Alliance's "Charity Standards" (http://www.give.org/standards/newcbbbstds.asp) and the Association of Fundraising Professionals' "Code of Ethical Principles and Standards of Professional Practice" (http://www.afpnet.org/ethics/guidelines_code_standards).*