# EXHIBIT J

ADLER POLLOCK & SHEEHAN P.C.

One Citizens Plaza, 8th floor
Providence, RI 02903-1345
Telephone 401-274-7200
Fax 401-751-0604 / 351-4607

175 Federal Street
Boston, MA 02110-2210
Telephone 617-482-0600
Fax 617-482-0604

www.apslaw.com

April 16, 2008

*Via E-mail and Facsimile*

Members of the Executive Committee
c/o MaryJane Irwin - Corporate Secretary
Make-A-Wish Foundation of America
3550 North Central Avenue, Suite 300
Phoenix, AZ 85012-2127

Dear Executive Committee Members:

Please be advised that this law firm has been retained to represent the Make-A-Wish Foundation of Rhode Island ("Chapter"). In accordance with Section 17 of the Make-A-Wish Foundation of America ("MAWFA") Chapter Agreement, please accept this as written notice of the Chapter's right to appeal Probation and Revocation. Specifically, the Chapter is appealing the March 14, 2008 decision of the Chapter Performance Committee ("CPC") sent from Lawrence J. Byar to Mary Lou Schoettler, Board Chair, and Dr. Diana L. Hackney, President and CEO.

As outlined in the section 17.2 of the Chapter Agreement and in light of the severity of the situation, the Chapter seeks to exercise its right to an in-person hearing in addition to the submission of a written appeal and possible memorandum addressing the Probation and Revocation decision. The Chapter understands that such a hearing is to be scheduled within thirty (30) days of receipt of the Chapter's written appeal. The Chapter requests that the hearing be arranged for a time that will permit attendance of some of the Chapter's staff and Board members. The Chapter believes that the ramification of the CPC's decision upon the Chapter's employees, volunteers, donors, and most importantly, the wish children is of such great consequence that a comprehensive hearing is vital.

The Chapter has and will continue to fully comply with all requirements of the Probation imposed upon the Chapter until this matter is resolved.

At the hearing of Appeal, it is anticipated that the Chapter will present relevant documentation and testimonial information which had not been presented to the CPC in conjunction with the March 12, 2008 Chapter Action Meeting. In the Chapter's effort to disclose the truth and appropriately confront the imposition of Probation and Revocation, it respectfully requests full disclosure of all information used by the national office and CPC in reaching its conclusion. This information would include, but is not be limited to, the following:

STATE CAPITAL
GLOBAL LAW FIRM GROUP

Member firms of the State Capital Global Law Firm Group practice independently and not in a relationship for the joint practice of law.

ADLER POLLOCK & SHEEHAN P.C.



a. All information used by the CPC members in conjunction with the chapter action meeting;
b. The identification of all chapters with deficiencies in their Form 990s that were reviewed and/or received a chapter action meeting and any action taken against those chapters;
c. The identity and number of chapters not reporting:

    i. the executive salaries on the form 990 and the consequences of that action;
    ii. staff salaries over $50,000 on the form 990 and the consequence of that action;
    iii. line 23 on the form 990 and the consequence of that action;
    iv. line 16 on the form 990 and the consequence of that action;
    v. benefits on the form 990 and the consequence of that action;

d. The IRS dated confidentiality exemption for not having to attach wish children on Line 23;
e. Any chapter files and/or disciplinary actions that were discussed in the final decision to vote for revocation;
f. The voting process used by CPC; and,
g. Any audio tape or stenographic recording made of the teleconference.

During the CPC chapter action meeting, the Chapter was accused of "committing fraud to make money." This is a charge which has caused particular consternation among board members of the Chapter. Therefore, please provide the following information so that the Chapter may better understand the implication of this charge:

1. The definition of "fraud" as used in the context of this allegation;
2. Any supporting documentation and/or information which forms the basis of this allegation; and,
3. Verification that this assertion was made by a CPC member prior to the CPC's vote for revocation.

The Chapter is undertaking a diligent and comprehensive effort to assemble documentation and supporting information in conjunction with its appeal. Although some of this information may be distilled into a written memorandum, other information must be conveyed via personal testimony.

The Chapter appreciates the opportunity this Appeal presents and intends to marshal all available information as part of the hearing.

ADLER POLLOCK & SHEEHAN P.C.



Thank you for your consideration in this regard.

Very truly yours,

Todd D. White

VICTORIA M. ALMEIDA
TODD D. WHITE
Counsel for Rhode Island Chapter

*451645_1.doc*