# EXHIBIT K

**Make-A-Wish Foundation® of America**
3550 North Central Avenue, Suite 300
Phoenix, Arizona 85012-2127
602-279-WISH, 800-722-WISH
602-279-0855 fax
www.wish.org

MAKE-A-WISH.

April 18, 2008

*By E-Mail*

Victoria M. Almeida, Esquire
Todd D. White, Esquire
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903-1345

Re: Rhode Island Chapter's Appeal of Decision Imposing Revocation and Probation

Dear Ms. Almeida and Mr. White:

I am Vice President & General Counsel of the Make-A-Wish Foundation of America ("MAWFA").

We have received your letter of April 16, 2008, notifying MAWFA and its Executive Committee that the Make-A-Wish Foundation of Rhode Island ("Chapter") is appealing the decision of the Chapter Performance Committee ("CPC") to revoke its status as a Make-A-Wish chapter and to place the Chapter on Probation until its appeal is decided.

As you correctly noted, the Chapter is entitled to a hearing within 30 days of the date of your letter. We will be polling Executive Committee members about possible dates/times and hope to get back to you with additional details in the next week or so. In the meantime, there are a few points I would like to clarify:

1. **The Hearing.** Because it is comprised of volunteers from across the country, the Executive Committee meets by teleconference, not "in person." After the hearing has been scheduled, you will be asked to provide the names and phone numbers of anyone you believe may provide evidence or testimony on behalf of the Chapter at the hearing. At the appointed time, the conference call operator will add you and such other persons as you deem appropriate to the call.

2. **Hearing Procedures**. It is within the discretion of the Executive Committee to establish reasonable procedures and time limits to be followed during the hearing. Although I have not yet had an opportunity to discuss such matters with the Chair of the Committee (who also serves as Chair of the National Board), I suspect the hearing will proceed substantially as follows:

- The Chapter will be allotted a specified amount of time to present its appeal in whatever manner it sees fit. In other words, you can decide whether you want to make an opening statement or not, whether you want to call one witness or multiple witnesses, whether (or to what extent) you want to base your case on documents previously submitted to the Committee, etc.

- The CPC will then have an equal amount of time to present its case. Like the Chapter, the CPC can decide how best to use the time that has been allotted to it.

- The Chapter will be given a few additional minutes to present any further evidence it believes is necessary to "rebut" evidence that was introduced by the CPC during its case.

- Following the presentation of the evidence, each side (first the CPC, and then the Chapter) will have a final opportunity to summarize its position before the hearing is adjourned and the Executive Committee begins its deliberations.

3. **Discovery Requests**. As you probably noted from the Chapter Agreement, our established procedures do not provide for the exchange of discovery materials during the appeal process. (The requirement that an appeal be heard within 30 days would make such discovery impractical.) However, I believe it is fair to say that the primary documents upon which the CPC relied in reaching its decision were the Chapter's IRS Form 990s, the Chapter's March 7, 2008 response to the CPC and items sent to the Chapter prior to the CPC meeting. If the CPC chooses to file a written response to the Chapter's appeal and/or to submit pertinent documents to the Executive Committee prior to the hearing -- something I encourage both the CPC and the Chapter to do as early as possible, in order to provide Committee members with sufficient time to review the material before the hearing -- I will make sure you are served with copies at the same time.

I hope the above information is useful. If you have any questions now or as we move forward, please feel free to call me at (602) 279-9474 (ext. 5102), or to e-mail me at dmulvihill@wish.org.

Very truly yours,

*/s/ David B. Mulvihill*

David B. Mulvihill
Vice President & General Counsel

cc: MaryJane Irwin, Corporate Secretary