# EXHIBIT L

**Mulvihill, David**

---

**From:** Mulvihill, David
**Sent:** Saturday, April 26, 2008 11:03 AM
**To:** 'White, Todd'
**Cc:** 'Almeida, Victoria'; Irwin, M.J.
**Subject:** FW: Rhode Island chapter request for Executive Committee hearing

Todd,

I received confirmation this morning that the hearing on the Rhode Island chapter's appeal will take place during the Executive Committee's next regularly scheduled meeting on Thursday, May 15, 2008. The meeting is set to begin at 5:00 p.m. (Eastern); however, there are a few (unrelated) items of business the Committee must address before the hearing commences. My best guess at this point is that you, Victoria and any chapter representatives you designate will be asked to join the conference call at around 5:15-5:20 p.m.

I have not yet had a chance to finalize with Bob Bigler (chair of the National Board and Executive Committee) the time limits and procedures to be followed during the hearing, but I'll let you know as soon as I have done so. In the meantime, I've been asked to inquire whether you plan to submit any additional materials on behalf of the chapter prior to the hearing and, if so, when you expect to do so?

Regards,

David Mulvihill

---

*David B. Mulvihill*
*Vice President & General Counsel*

**Share the Power of a Wish®**

**Make-A-Wish Foundation® of America**
3550 North Central Avenue, Suite 300
Phoenix, AZ 85012-2127
http://www.wish.org

Phone: (800) 722-9474 (ext. 5102)
Fax: (602) 279-0855
E-mail: dmulvihill@wish.org

IMPORTANT: This communication is for the intended recipient only and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, any copying, distribution or other use of this communication is prohibited. If you have received this message by mistake, please call me at 800-722-9474 (ext. 5102) and destroy the original message. Thank you.

---

**From:** White, Todd [mailto:TWhite@apslaw.com]
**Sent:** Friday, April 18, 2008 2:14 PM
**To:** Mulvihill, David; Almeida, Victoria
**Cc:** Irwin, M.J.; Theriault, Susan

**Subject:** RE: Rhode Island chapter request for Executive Committee hearing

Mr. Mulvihill:

Thank you for your quick and helpful response. We will look forward to hearing from you.

Todd White

-----Original Message-----
**From:** Mulvihill, David [mailto:DMulvihill@wish.org]
**Sent:** Friday, April 18, 2008 5:08 PM
**To:** Almeida, Victoria; White, Todd
**Cc:** Irwin, M.J.; Theriault, Susan
**Subject:** RE: Rhode Island chapter request for Executive Committee hearing

Ms. Almeida and Mr. Todd,

Attached is a response to your letter of April 16, 2008. Please let me know if you have any comments or questions.

Regards,

David Mulvihill

---

*David B. Mulvihill*
*Vice President & General Counsel*

**Share the Power of a Wish®**

**Make-A-Wish Foundation® of America**
3550 North Central Avenue, Suite 300
Phoenix, AZ 85012-2127
http://www.wish.org

Phone: (800) 722-9474 (ext. 5102)
Fax: (602) 279-0855
E-mail: dmulvihill@wish.org

IMPORTANT: This communication is for the intended recipient only and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, any copying, distribution or other use of this communication is prohibited. If you have received this message by mistake, please call me at 800-722-9474 (ext. 5102) and destroy the original message. Thank you.

---

**From:** Irwin, M.J.
**Sent:** Wednesday, April 16, 2008 2:51 PM
**To:** 'Theriault, Susan'; dhackney@makeawish.org; mlschoettler@aol.com
**Cc:** Almeida, Victoria; White, Todd
**Subject:** RE: Rhode Island chapter request for Executive Committee hearing

Confirming that the April 16, 2008 letter submitted by Todd White of Adler Pollock & Sheehan P.C. (counsel for your chapter) was received today and forwarded to appropriate staff for handling.

**MaryJane Irwin**

**Corporate Secretary**
**Make-A-Wish Foundation of America**
**3550 N. Central Ave., Suite 300**
**Phoenix, AZ 85012-2127**
**Office: (602) 279-9474 Ext. 5103**
**Cell: (602)481-5586**
**Fax: (602) 279-0855**
**E-Mail: Mirwin@wish.org**

**Visit us on the World Wide Web at www.wish.org**

*We grant the wishes of children with life-threatening medical conditions to enrich the human experience with hope, strength, and joy.*

---

**From:** Theriault, Susan [mailto:Stheriault@apslaw.com]
**Sent:** Wednesday, April 16, 2008 11:58 AM
**To:** Irwin, M.J.; dhackney@makeawish.org; mlschoettler@aol.com
**Cc:** Almeida, Victoria; White, Todd
**Subject:** FW: Attached Image

Attached please find correspondence.

Susan J. Theriault
Legal Secretary
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

E-Mail stheriault@apslaw.com
Phone 401.274.7200
Fax (401) 351-4607
Visit our website at www.apslaw.com
ADLER POLLOCK & SHEEHAN P.C.
**************************************************

To comply with IRS regulations, we advise that any discussion of federal tax issues in this e-mail is not intended or written to be used, and cannot be used, (i) to avoid any penalties imposed under the Internal Revenue Code or (ii) to promote, market or recommend to another party any transaction or matter addressed herein.

This e-mail message is confidential and is intended only for the named recipient(s). It may contain information that is subject to the attorney client privilege or the attorney work-product doctrine or that is otherwise exempt from disclosure under applicable law. If you have received this e-mail message in error, or are not the named recipient(s), please immediately notify the sender and delete this message from your computer and destroy all copies. Thank you.

-----Original Message-----
**From:** 7041_iR7095 [mailto:7104_iR7095@apslaw.com]
**Sent:** Wednesday, April 16, 2008 2:53 PM
**To:** Theriault, Susan
**Subject:** Attached Image