# EXHIBIT M

**Mulvihill, David**

---

**From:** Mulvihill, David
**Sent:** Thursday, May 15, 2008 9:43 AM
**To:** 'White, Todd'
**Cc:** 'Almeida, Victoria'; Irwin, M.J.
**Subject:** RE: Make-A-Wish Foundation of Rhode Island Hearing

Todd,

Thank you for the information about where you and the Chapter representatives can be reached this afternoon. I'll pass it along to MaryJane. (For what it's worth, my best guess is still that the conference call operator will be reaching out to you at around 5:15 or so.)

With regard to your question about the possibility of a stay in the event the CPC decision is affirmed, I need to point out this is not a matter that is subject to arbitration and/or further appeal. *See* Chapter Agreement, Section 17.3 ("*The decision of the Executive Committee on the appeal shall be final and unappealable*") and Section 21.2 ("*All disputes between Foundation and Chapter regarding chapter discipline shall be governed exclusively by and within the rules established in this Agreement, Foundation's Bylaws and the Policies*"). However, with regard to your concern about the Chapter's ongoing wish granting efforts, I can assure you without any hesitation that, in situations like this, our primary objective here at National is to ensure that children in the affected territory are not disadvantaged in any way and that wishes continue to be granted in a seamless fashion during the winding down/transition process.

I'll be happy to discuss the matter with you in greater detail -- but first let's see what the Executive Committee decides ...

Regards,

David

---

*David B. Mulvihill*
*Vice President & General Counsel*

**Share the Power of a Wish®**

**Make-A-Wish Foundation® of America**
3550 North Central Avenue, Suite 300
Phoenix, AZ 85012-2127
http://www.wish.org

Phone: (800) 722-9474 (ext. 5102)
Fax: (602) 279-0855
E-mail: dmulvihill@wish.org

IMPORTANT: This communication is for the intended recipient only and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, any copying, distribution or other use of this communication is prohibited. If you have received this message by mistake, please call me at 800-722-9474 (ext. 5102) and destroy the original message. Thank you.

---

**From:** White, Todd [mailto:TWhite@apslaw.com]
**Sent:** Wednesday, May 14, 2008 6:37 AM
**To:** Mulvihill, David
**Cc:** Almeida, Victoria
**Subject:** Make-A-Wish Foundation of Rhode Island Hearing

David:

I have just completed my trial. Vicky has informed me that you are out of the office. However, in the event that you receive e-mails while "on the road" I wanted to provide you with the call-in phone number to this office. We will be meeting at the Pollock conference room for rtomorrow's hearing. You can call (401)-274-7200 and ask for that room.

If the revocation is approved or confirmed, would the Committee be willing to allow a stay until AAA arbitration is filed? I ask this in an effort to assist the R.I. Chapter with its on-going wish granting efforts. Thanks.

Todd

TODD D. WHITE, ESQ.
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

E-Mail Twhite@APSlaw.com
Phone 401.274.7200
Fax 401-751-0604
Visit our website at www.apslaw.com

***************************************************
To comply with IRS regulations, we advise that any discussion of Federal tax issues in this e-mail is not intended or written to be used, and cannot be used, (i) to avoid any penalties imposed under the Internal Revenue Code or (ii) to promote, market or recommend to another party any transaction or matter addressed herein.

This e-mail message is confidential and is intended only for the named recipient(s). It may contain information that is subject to the attorney client privilege or the attorney work-product doctrine or that is otherwise exempt from disclosure under applicable law. If you have received this e-mail message in error, or are not the named recipient (s), please immediately notify the sender and delete this message from your computer and destroy all copies. Thank you.