UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MAKE-A-WISH FOUNDATION OF RHODE ISLAND, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MAKE-A-WISH FOUNDATION OF AMERICA,<br><br>Defendant. | CIVIL ACTION<br>NO. 1:08-cv-206-S |

**MOTION TO DISMISS THE COMPLAINT BY DEFENDANT MAKE-A-WISH FOUNDATION OF AMERICA**

Defendant Make-A-Wish Foundation of America ("MAWFA") respectfully moves, pursuant to Fed. R. Civ. P. 12(b), for dismissal of the complaint filed against it by Make-A-Wish Foundation of Rhode Island (the "Chapter") because the complaint fails to state a claim upon which relief may be granted.

As grounds for this motion, MAWFA relies on its Memorandum of Law in Support of Motion to Dismiss and certain documents attached to the Declaration of David B. Mulvihill, Esq., previously filed in support of MAWFA's Motion to Lift Temporary Stay, as allowed under Fed. R. Civ. P. 12(b)(6).

**REQUEST FOR ORAL ARGUMENT**

Because oral argument may assist the Court in determining the issues presented in the accompanying Memorandum of Law, and MAWFA wishes to be heard on this matter, defendant hereby requests oral argument.

WHEREFORE, defendant Make-A-Wish Foundation of America respectfully requests that this Court dismiss the complaint in its entirety with prejudice.

Respectfully submitted,

**MAKE-A-WISH FOUNDATION OF AMERICA**

By its attorneys,

/s/*Carol E. Head*
Carol E. Head (#6501)
carol.head@bingham.com
Robert E. McDonnell*
robert.mcdonnell@bingham.com
**BINGHAM MCCUTCHEN LLP**
One Federal Street
Boston, MA 02110
617.951.8000
**admitted pro hac vice*

*Of Counsel:*
David B. Mulvihill, Esq.
Vice President & General Counsel
Make-A-Wish Foundation of America
3550 North Central Avenue, Suite 300
Phoenix, AZ 85012-2127
Phone: 602.279.9474

Dated: June 9, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that this document has been filed electronically and is available for viewing and downloading from the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, paper copies will be sent to those indicated as non-registered participants, and a courtesy copy will be sent to the Rhode Island Attorney General's Office, on June 9, 2008.

/s/*Carol E. Head*

Carol E. Head (#6501)
**BINGHAM MCCUTCHEN LLP**
One Federal Street
Boston, MA 02110
617.951.8000