# EXHIBIT C

**AFFIDAVIT OF DIANA L. HACKNEY**

My name is Diana L. Hackney and I depose and state as follows:

1. I am the President and Chief Executive Officer of Make-A-Wish Foundation of Rhode Island. I was also the officer who signed the Forms 990 that were filed by the organization for the fiscal years ended August 31, 2005 and August 31, 2006 (the "Returns").

2. In conversations with the chapter's board treasurer and accountant in assessing how to fill out Part V on the Returns, I have spoke with a representative of the Make-A-Wish National organization, as well as a Rhode Island accountant and our board treasurer, Frank Melucci.

3. I also had a discussion with Steve Hunt prior to the preparation of the Form 990 for the fiscal year ended August 31, 2005.

4. I was never informed that the manner in which the Rhode Island Chapter was seeking to fill out the Returns constituted any type of violation.

5. Prior to 2008, I had no knowledge that the manner undertaken by the R.I. Chapter in filling out this section of the Returns constituted a problem.

6. The Returns in question were submitted to Grant Thornton and the National office in accordance with the National Performance Standard AF 3.1.

7. At no time was this issue addressed prior to the R.I. Chapter bringing the issue to the attention of the National office.

8. The R.I. Chapter utilized Frank Melucci's company, a professional accounting business in Rhode Island, to fill out and sign as the preparer the Returns.

9. In addition and as directed by national representative, Steve Hunt, prior to the preparation of the Form 990 for the fiscal year ended August 31, 2005, the R.I. Chapter reviewed the way other Chapters filled out the same form, taking counsel from that methodology.

10. At the time I signed the Returns on behalf of Make-A-Wish Foundation of Rhode Island, I believed in good faith and based on my reliance on the corporation's accountants and the discussions that had occurred with representatives of the Make-A-Wish National organization and their advisors, that each Return had been prepared in accordance with, and satisfied in all material respects, all applicable Internal Revenue Service rules and regulations and I had no reason to believe that the national organization objected to any of the positions reflected on the Returns.

Signed under the pains and penalties of perjury this 8th day of May, 2008.

D. L. Hackney

Diana L. Hackney

Subscribed and sworn to before me this 8th day of May, 2008.

Notary Public
Commission expires:

*453299_1.doc*