# EXHIBIT D

:

**AFFIDAVIT**

I, FRANK MELUCCI, CPA, being duly sworn, deposes and says:

1. I prepared and signed as preparer the Forms 990 that were filed by Make-A-Wish Foundation of Rhode Island with the Internal Revenue Service for the fiscal years ended August 31, 2005 and August 31, 2006 (the "Returns").

2. At the time the Returns were prepared I believed that each return had been prepared in accordance with, and satisfied in all material respects, all applicable Internal Revenue Service rules and regulations and had no reason to believe that Make-A-Wish Foundation of America objected to any of the positions reflected on the Returns.

I swear under penalty of perjury that the foregoing is true and correct.

Frank Melucci, CPA

FRANK MELUCCI, CPA

Sworn to before me this
6th day of May, 2008

Anna D. Vele-Parent

Notary Public #53892 9/8/08

*453535_1.doc*