# EXHIBIT E

**MARY LOU SCHOETTLER**

My name is Mary Lou Schoettler and I depose and state as follows:

1. I am the Chairman of the Board of Directors for Make-A-Wish Foundation® of Rhode Island and have served in this capacity since September 1, 2006.

2. Prior to 2008 when this issue was addressed, I had no prior knowledge and had never been informed that the manner in which the RI Chapter filled out the Form 990 in FY2005 and FY2006 constituted any type of violation.

3. As Chairman of the Board, I would not have allowed the RI Chapter to fill out any tax form incorrectly, whether it constituted a violation or not.

4. I am unaware of any effort to defraud the federal government or any other institution or person with respect to the manner in which this Chapter filled out the Form 990s.

5. In a teleconference on April 9, 2008 with the national representative, Steve Hunt, it was confirmed in my presence that the RI Chapter had been advised by Steve Hunt to review the way other Chapters had completed Form 990s prior to completion of the RI Chapter's FY2005 Form 990.

6. If a mistake or misfiling was made, it was unintended.

Signed under the pains and penalties of perjury this 6th day of May, 2008.

Mary Lou Schoettler

Subscribed and sworn to before me this 6 day of May, 2008.

Notary Public
Commission expires:

*453316_1.doc*

JAIME A. KILDAY
NOTARY PUBLIC
STATE OF RHODE ISLAND
MY COMMISSION EXPIRES 6/6/09