UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MAKE-A-WISH FOUNDATION OF RHODE ISLAND, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MAKE-A-WISH FOUNDATION OF AMERICA,<br><br>Defendant. | CIVIL ACTION<br>NO. 1:08-cv-206-S |

## DECLARATION OF STEPHEN W. HUNT

I, Stephen W. Hunt, declare under penalty of perjury that the following statements are true and correct to the best of my knowledge, information and belief:

1. I am Director of Compliance at the Make-A-Wish Foundation of America ("MAWFA"). Prior to joining MAWFA in 2001, I had spent most of my career in law enforcement, most recently as an Investigator with the Office of the State Attorney for the 13th Judicial Circuit in Tampa, Florida. I am not a certified public accountant; to the contrary, my accounting-related experience is limited to the areas of forensics and internal controls.

2. As part of my job, I conducted a routine compliance review of MAWFA's Rhode Island chapter (the "Chapter") in November 2005. During the course of that review, I was asked a number of questions about a wide range of topics, including some that involved how the Chapter's Form 990 should be prepared. I explained that preparation of Form 990s was outside my area of expertise. I suggested they consult with other chapters and present any specific questions they had to a qualified professional accountant who was knowledgeable about such matters.

3. At no time did I tell any Chapter representative, or suggest in any way, that it was permissible not to disclose on the Form 990 required information about the compensation paid to the Chapter's President & CEO and/or to list the amount of her compensation as "$0" or "None."

Executed on June 19, 2008 at Washington, D.C.

Stephen W. Hunt