# EXHIBIT N

## Chapter Performance Committee

| | | | | |
|---|---|---|---|---|
| **Larry Byar** | Connecticut | Senior VP | TD Banknorth | MAWF of Connecticut board member, MAWF of Connecticut President, Strategic Planning Task Force member, National Board member, Chair of Chapter Performance Committee |
| **Kathie Brandt** | New York | Partner, Group Leader, Commerical and Public Finance | Thompson Hine | MAWF of Northeast, Central, and Southern Ohio board member and board chair, Executive Committee member |
| **Dennis Covelli** | New York | Chief Operating Officer | MAWF of Metro New York | MAWF of Metro New York board chair (1987-1989), Chapter Advisory Board member (20 years), National Board member (1989-1996), VP of National Chapter Administration Committee (1990-1992), Chair of National Long-range planning team (1992-1994), Chair of National Board of Operations (1994-1995), National Blackbaud Intiative Project Team |
| **Gary Graves** | Illinois | CEO / Non-executive chairman of the board | American Lasers Center / Caribou Coffee | MAWF of Kansas board member, MAWF of Illinois board member and treasurer, National Board member (2004) vice chair |
| **Andrea Hunt** | Illinois | VP of regenerative medicine | Baxter Healthcare | National Board member (2003), Chapter Performance Committee member |
| **Kevin O'Toole** | Wisconsin | Partner, Executive VP, Project Coordinator | Hunzinger Construction Company | MAWF of Wisconsin board chair, MAWF of Central Florida President and board member |
| **John Round** | Texas | Partner in charge of the tax, estate planning and employee benefits | Strasburger & Price, LLP | MAWF of North Texas board member and board chair, Startegic Planning Task Force member, National Board member, Chapter Performane Committee member |

## Executive Committee

| | | | | |
|---|---|---|---|---|
| **Bob Bigler** | New Mexico | Financial business consultant / Former Senior VP and CFO | Estee Lauder Companies | National Board member, vice-chair, treasurer, chair, national Audit & Finance Committee co chiar and chair, MAWF of Suffolk County board chair |
| **Suzie Allen** | Florida | Board Chair | Community Foundation of Central Florida | National Board member (2003), National Resource Development & Branding Committee chair |
| **Larry Byar** | Connecticut | Senior VP | TD Banknorth | MAWF of Connecticut board member and President, Strategic Planning Task Force member, National Board member, Chair of Chapter Performance Committee |
| **Gary Graves** | Illinois | CEO / Non-executive chairman of the board | American Lasers Center / Caribou Coffee | MAWF of Kansas board member, MAWF of Illinois board member and treasurer, National Board member (2004) vice chair |
| **Bonnie Gwin** | Ohio | Partner focused on Board of Directors and CEO searches | Heidrick & Struggles | MAWF of Greater Ohio & Kentucky Northeast regional board member, National Board member (2005), National Governance Committee chair |
| **Robert Jordan** | Florida | Former Chairman, Partner | Strook & Strook & Lavan | National Board Member (2005), National Audit & Finance Committee chair, Executive Committee member, Chapter Structure Task Force member |