# EXHIBIT O

# Executive Committee Meetings

FY 2006-FY 2008 (As of 06/19/08)

| | Teleconference | Face-to-Face |
|---|---|---|
| **FY 2006** | | |
| 9/15/05 | X | |
| 11/10/05 | X | |
| 12/15/05 | X | |
| 02/09/06 | X | |
| 03/09/06 | X | |
| 06/08/06 | X | |
| 08/17/06 | X | |
| | | |
| | | |
| **FY 2007** | | |
| 10/12/06 | X | |
| 11/16/06 | X | |
| 12/14/06 | X | |
| 02/22/07 | X | |
| 03/15/07 | X | |
| 05/17/07 | X | |
| 06/15/07 | X | |
| 06/28/07 | X | |
| 08/22/07 | X | |
| | | |
| | | |
| **FY 2008** | | |
| 11/15/07 | X | |
| 12/13/07 | X | |
| 02/21/08 | X | |
| 03/20/08 | X | |
| 05/15/08 | X | |
| 06/19/08 | X | |
| | | |
| | | |
| | | |
| | | |