# EXHIBIT P

## Chapter Performance Committee Meetings

| | Teleconference | Face-to-Face |
|---|---|---|
| **FY 2006** | | |
| September 16, 2005 | X | |
| September 30, 2005 | X | |
| November 15, 2005 | | X |
| December 20, 2005 | X | |
| January 18, 2006 | X | |
| February 23, 2006 | X | |
| March 22, 2006 | X | |
| May 4, 2006 | X | |
| June 7, 2006 | X | |
| July 10, 2006 | X | |
| August 4, 2006 | X | |
| **FY 2007** | | |
| September 6, 2006 | X | |
| October 17, 2006 | | X |
| November 15, 2006 | X | |
| December 14, 2006 | X | |
| January 9, 2007 | X | |
| February 15, 2007 | X | |
| March 22, 2007 | X | |
| April 30, 2007 | X | |
| May 14, 2007 | X | |
| June 1, 2007 | X | |
| June 28, 2007 | X | |
| July 26, 2007 | X | |
| August 13, 2007 | X | |
| **FY 2008** | | |
| September 10, 2007 | X | |
| October 4, 2007 | X | |
| November 9, 2007 | | X |
| December 6, 2007 | X | |
| January 3, 2008 | | |
| February 12, 2008 | X | |
| March 6, 2008 | X | |
| March 12, 2008 | X | |
| April 10, 2008 | | X |
| May 6, 2008 | X | |