# EXHIBIT Q

# DECLARATION OF
# KRISTIN KECK

I, Kristin Keck, declare under penalty of perjury that the following statements are true and correct to the best of my knowledge, information and belief:

1. I am Senior Manager of Mission Resources for the Make-A-Wish Foundation of America ("MAWFA").

2. On Friday, May 9, 2008, I reviewed two binders which MAWFA received that day from the Rhode Island Chapter ("Chapter"). The binders contained a total of 187 "Liability Release and Authorization Re: Medical Information and Publicity" forms. (It should be noted the binders included 188 tabs, although tab number 88 was empty.)

3. The purpose of my review was to determine whether the Chapter had, in fact, located and provided to MAWFA "an applicable Release and Authorization form signed by each family whose names were listed" in the Chapter's Form 990s for fiscal years 2005 and 2006, as suggested on page 4 of the Chapter's May 7, 2008 letter to the Executive Committee.

4. The Chapter did not provide any Release and Authorization forms for the following five wish children who are identified in the Chapter's Form 990s:

REDACTED

5. Of the 187 Release and Authorization forms supplied by the Chapter, only 142 appear to provide appropriate parental consent to publicity. With regard to the remaining 45 Release and Authorization forms:

- The following 22 are missing parental initials following the check box indicating authorization of publicity:

REDACTED

(tab 60)
(tab 23)
(tab 78)
(tab 43)
(tab 77)
(tab 122)
(tabs 103 and 117)
(tab 84)
(tab 167)
(tab 82)
(tab 164)

REDACTED

(tab 80)
(tab 38)
(tab 68)
(tab 57)
(tab 73)
(tab 181)
(tab 87)
(tab 153)
(tab 86)
(tab 182)
(tab 85)

- The following fifteen (15) are duplicates of forms already contained elsewhere in the binders:

REDACTED

(tabs 103 and 117)
(tabs 96 and 110)
(tabs 107 and 121)
(tabs 98 and 112)
(tabs 105 and 119)
(tabs 102 and 116)
(tabs 95 and 109)
abs 99 and 113)

REDACTED

(tabs 97 and 111)
(tabs 106 and 12
(tabs 100 and 114)
(tabs 83 and 93)
(tabs 104 and 118)
(tabs 101 and 115)
(tabs 94 and 108)

- The following four (4) contain only the first page of the three-page form (therefore containing no indication of the child's publicity eligibility):

REDACTED (tab 15)
(tab 14)

REDACTED (tab 16)
(tab 12)

- One (1) contains no parental signature(s): REDACTED (tab 81)

- One (1) has the "Prefer No Publicity" box initialed, but the "Publicity O.K." box checked, with a note that "mom initialed the wrong box": REDACTED (tab 177)

- One (1) has the phrase "no personal information w/ photo" written next to the check-box authorizing publicity: REDACTED (tab 30)

- One (1) has the phrase "no press, but would love picture on wall in office" next to the check-box authorizing publicity: REDACTED (tab 65)

Dated: May 12, 2008

Kristin Keck
Kristin Keck