# EXHIBIT R

*Corporate Sponsor*

MAKE-A-WISH.

# BMW

**Company Description:**

- BMW of North America, LLC (BMW NA) was established in 1975 as the United States importer of BMW luxury/performance vehicles. BMW of North America assumed import and distribution responsibilities for BMW motorcycles in 1980. Light trucks followed in 1999. BMW of North America's Corporate Headquarters is located in Woodcliff Lake, N.J. Also in New Jersey are its Eastern Regional Headquarters and Technical Training Center in Montvale, a parts distribution center in Mount Olive and a vehicle preparation center in Port Jersey.

**Partnership Overview:**

- The Make-A-Wish Foundation has been selected to be part of the 2007 Holiday Wish Event promotion, which may involve around 300 BMW dealers across the United States. Dealers are encouraged to participate in markets besides the Michigan market, which is excluded from the event. From Dec. 1 to Dec. 31,, a $25 donation will be made for each new car sold or leased (participating dealers will donate $12.50 and BMW North America will match this amount), with a minimum guaranteed contribution of $400,000. The Foundation has licensed the use of its name and marks for this one-month national promotion.

**Program(s):**

- **2007 Holiday Wish Event**
  The event is a one-month national promotion, which will involve approximately 300 BMW dealers across the Untied States. A $25 donation will be made for each new car sold or leased (participating dealers will donate $12.50 and BMW North America will match this amount) during this time-frame. BMW dealer region groups will be soliciting participation in the promotion.

  **Dates of Promotions**
  Dec. 1 - 31, 2007

  **Chapter Responsibilities**
  - None – BMW and its dealer region groups will be responsible for dealer participation in the promotion.

  **Publicity and Media**
  - BMW is providing media support for the promotion through regional and local television, radio, and print.
  - BMW is including information about the Holiday Wish Event promotion, as part of the year-end events, on its national Web site.
  - BMW will be providing on-site collateral materials for participating dealers.



Make-A-Wish Foundation® of America ● 3550 North Central, Suite 300 ● Phoenix, AZ 85012-2127
800-722-9474 ● 602-279-9474 ● 602-279-0855 fax ● www.wish.org

**Funds**
This promotion utilizes the chapter incentive program adopted by the National Board in October 2003. Funds will be allocated as follows:

1. Five percent (5%) of the total revenue will be retained by the national office to underwrite expenses associated with program implementation.
2. Ten percent (10%) of the funds will be distributed to the New Jersey chapter for the hometown grant.
3. Twenty percent (20%) of the funds will benefit the national office.
4. Seventy percent (70%) (the remaining funds) will be distributed equally among all chapters.
5. BMW has committed to a $400,000 minimum guarantee for this one-month promotion, with no cap. The funding will be distributed to chapters after March 31, 2008.

**Resources:**

*News Articles*
- N/A

*Press Releases*
- N/A

*Logos/Images*
- N/A

*Schedule of Events*
- N/A

*Forms*
- N/A

*Other Related Documents*
- N/A

**Contacts:**

**Internal:**
- Janelle Hahn, Corporate Alliance Manager, (800) 722-9474, ext. 5107, jhahn@wish.org

**External:**
- N/A



Make-A-Wish Foundation® of America • 3550 North Central, Suite 300 • Phoenix, AZ 85012-2127
800-722-9474 • 602-279-9474 • 602-279-0855 fax • www.wish.org