# EXHIBIT S

051914

MAKE-A-WISH FOUNDATION® OF AMERICA • PHOENIX, ARIZONA 85012-2127

#02

2/26/2008

To: MAWF OF RHODE ISLAND
757 PARK AVE.
CRANSTON, RI 02910

Vendor ID: 075

| INVOICE NUMBER | DATE | DESCRIPTION | AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| | 1/31/2008 | BMW - Holiday Wish Event 01/08 | $5,388.24 | $0.00 | $5,388.24 |
| | 1/31/2008 | Allstate 01/08 | $25.87 | $0.00 | $25.87 |
| | 1/31/2008 | Zales 01/08 | $67.76 | $0.00 | $67.76 |
| | 1/31/2008 | CARSTAR 01/08 | $201.21 | $0.00 | $201.21 |
| | 1/31/2008 | BofA WorldPoints Rewards 3RD& 4TH QTR 01/08 | $42.75 | $0.00 | $42.75 |
| | 1/31/2008 | WEBSITE DONATIONS 01/08 | $935.50 | $0.00 | $935.50 |
| | 1/31/2008 | CFC 12/07 | $1,576.43 | $0.00 | $1,576.43 |
| | 1/31/2008 | PRIVATE SECTOR 12/07 | $49.04 | $0.00 | $49.04 |
| | 1/31/2008 | STATE/LOCAL 12/07 | $164.94 | $0.00 | $164.94 |
| | 1/31/2008 | WORKPLACE GIVING 01/08 | $107.03 | $0.00 | $107.03 |
| | | **Totals:** | **$8,558.77** | **$0.00** | **$8,558.77** |

copy of Cancelled ck - attached

MAKE-A-WISH.
Make-A-Wish Foundation® of America

Operating Account
3550 N. Central Ave., Suite 300
Phoenix, AZ 85012-2127
(602) 279-9474

BANK OF AMERICA
Park Central Office
3030 N. Central Ave.
Phoenix, AZ 85012

91-170/1221

051914

CHECK DATE CHECK NO.

2/26/2008 51914

CHECK AMOUNT

PAY **Eight thousand five hundred fifty eight and 77/100 Dollars**

$**8,558.77

CHECKS IN EXCESS OF $5000.00 REQUIRE TWO SIGNATURES

NON-NEGOTIABLE

TO THE ORDER OF

MAWF OF RHODE ISLAND
757 PARK AVE.
CRANSTON, RI 02910

NON-NEGOTIABLE

Security Features Included. Details on Back.

⑈051914⑈ ⑆122101706⑆ 041⑈745439⑈

**Bank of America** **Online Banking**

**1020 Operating : Account Activity**

**Transaction Details:**

| | |
|---|---|
| **Description:** | Check 51914 |
| **Posting date:** | 03/04/2008 |
| **Amount:** | $8,558.77 |
| **Reference Number:** | 80492034068 |
| **Check number:** | 51914 |
| **Account nickname:** | 1020 Operating |
| **Account number:** | DDA-5439 |

**Please Note:** Only items posted to your account within the newest 180 calendar days will be available online.

**Additional Details:**

**My Description:**

**Check Image:**


MAKE-A-WISH. Operating Account
3550 N. Central Ave., Suite 300
Phoenix, AZ 85012-2127
(602) 279-9474
Make-A-Wish Foundation® of America

BANK OF AMERICA

051914

CHECK DATE CHECK NO.

3/26/2008 51914

CHECK AMOUNT

PAY **Eight thousand five hundred fifty eight and 77/100 Dollars**

$***8,558.77

CHECKS IN EXCESS OF $5000.00 REQUIRE TWO SIGNATURES

TO THE ORDER OF

MAWF OF RHODE ISLAND
757 PARK AVE.
CRANSTON, RI 02910

⑈051914⑈ ⑆122101706⑆ 0414745439⑈

Copy of back of check attached

1300821901

Make-A-Wish
Accnt# 217-364-6
For Deposit Only