UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MAKE-A-WISH FOUNDATION OF RHODE ISLAND, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MAKE-A-WISH FOUNDATION OF AMERICA,<br><br>Defendant. | CIVIL ACTION<br>NO. 1:08-cv-206-S |

**OBJECTIONS BY DEFENDANT MAKE-A-WISH FOUNDATION OF AMERICA TO MAGISTRATE'S REPORT AND RECOMMENDATION**

Defendant Make-A-Wish Foundation of America ("MAWFA") objects to Magistrate Judge Lincoln Almond's Report and Recommendation ("Report") (Docket No. 17) that the Defendant's Motion to Lift a Temporary Stay and Motion to Dismiss be denied. In support of its Objections, MAWFA has filed herewith a Memorandum of Law. For the reasons stated below and those contained in the accompanying Memorandum, the Report should be rejected and MAWFA's motion to dismiss and motion to lift the *ex parte* stay should be granted.

(1) The Report misconstrues the term "final and unappealable." That clear and unambiguous term directly applies to the decision by MAWFA's Executive Committee to affirm the Chapter Performance Committee's ("CPC") decision to revoke the charter of the Make-A-Wish Foundation of Rhode Island (the "Chapter") for intentionally filing false and misleading Internal Revenue Service forms. The term "final and unappealable" expressly removes disciplinary decisions of the Executive Committee from the scope of the otherwise broad arbitration clause.

(2) The Report fails to interpret the Chapter Agreement as a whole, and fails to recognize that the Chapter Agreement contains two mutually exclusive dispute resolution procedures: (a) a two-step procedure involving the CPC and the Executive Committee for chapter discipline disputes; and (b) a broad arbitration provision for all other disputes.

(3) The Report incorrectly recommends an indefinite stay of the Executive Committee's final and unappealable decision even though the Chapter has not even served a demand for arbitration nearly three months after the Executive Committee's decision. In short, the Report's recommendation potentially leaves this dispute permanently in limbo – allowing the Chapter to use MAWFA's trademarks and inflict other harm on the reputation and image of Make-A-Wish without even seeking arbitration.

(4) The Report erroneously applies the likelihood-of-success-on-the-merits test to the arbitrability issue and not to the merits of the dispute itself, *i.e.*, the decision to revoke the Chapter because it intentionally filed false and misleading forms with the Internal Revenue Service.

In the alternative, MAWFA requests that the Court modify the Report to provide that the stay shall expire if the Chapter does not file a demand for arbitration within ten (10) days of the Court's decision.

**REQUEST FOR ORAL ARGUMENT**

Because oral argument may assist the Court in determining the issues presented in the accompanying Memorandum of Law, and MAWFA wishes to be heard on this matter, defendant hereby requests oral argument, estimated at approximately 15 minutes per side.

WHEREFORE, defendant Make-A-Wish Foundation of America hereby objects to the Report and Recommendation of the Magistrate Judge and requests that the Court not accept it and grant its Motion to Dismiss the Complaint and Motion to Lift the Temporary Stay or, in the alternative, modify the Report and Recommendation to provide that the May 20, 2008 Order shall remain in place for no more than ten (10) days after the date the District Court enters its decision on the Report and Recommendation.

Respectfully submitted,

**MAKE-A-WISH FOUNDATION OF AMERICA,**

By its attorneys,

/s/ *Carol E. Head*
Carol E. Head (#6501)
carol.head@bingham.com
Robert E. McDonnell*
robert.mcdonnell@bingham.com
**BINGHAM MCCUTCHEN LLP**
One Federal Street
Boston, MA 02110
617.951.8000
**admitted pro hac vice*

*Of Counsel:*
David B. Mulvihill, Esq.
Vice President & General Counsel
Make-A-Wish Foundation of America
3550 North Central Avenue, Suite 300
Phoenix, AZ 85012-2127
Phone: 602.279.9474

Dated: July 31, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that this document has been filed electronically and is available for viewing and downloading from the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, paper copies will be sent to those indicated as non-registered participants, and a courtesy copy will be sent via mail to the Rhode Island Attorney General's Office, on July 31, 2008.

/s/ *Carol E. Head*

Carol E. Head (#6501)
**BINGHAM MCCUTCHEN LLP**
One Federal Street
Boston, MA 02110
617.951.8000