UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MAKE-A-WISH FOUNDATION OF RHODE ISLAND, INC., Plaintiff, | : | |
| v. | : | C.A. No. 08-cv-206-S |
| MAKE-A-WISH FOUNDATION OF AMERICA, Defendant. | : | |

**ENTRY OF APPEARANCE**

I, Kristen W. Sherman, hereby enter my appearance on behalf of Plaintiff Make-A-Wish Foundation of Rhode Island, Inc. in the above-referenced matter.

PLAINTIFF MAKE-A-WISH FOUNDATION OF RHODE ISLAND, INC.
By its counsel:

/s/ Kristen W. Sherman, Esq.________________

KRISTEN W. SHERMAN #5595
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
T: (401) 274-7200
F: (401) 351-4607
Dated: August 11, 2008
ksherman@apslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of August 2008, I electronically filed the attached document with the Court using the ECF system. The following counsel of record are registered with the Court and will be served electronically through the ECF system:

State of Rhode Island
Patrick C. Lynch, Esq.
Office of the Attorney General
150 South Main Street
Providence, RI 02903

Carol E. Head, Esq.
Bingham, McCutchen, LLP
One Federal Street
Boston, MA 02110

/s/ Kristen W. Sherman, Esq.

464363_1.DOC